## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2011, the foregoing NOTICE OF APPEARANCE OF BRETT D. JAFFE (Docket No. 136), NOTICE OF APPEARANCE OF MELANIE ANITA GROSSMAN (Docket No. 137), and RULE 7.1 DISCLOSURE STATEMENT (Docket No. 138), were filed electronically via the U.S. District Court for the Southern District of New York CM/ECF system, and served upon all parties requesting electronic service.  The foregoing documents were served via Federal Express upon the following:

David S. Rosner
Kasowitz, Benson, Torres & Friedman, L.L.P.
1633 Broadway
New York, NY 10019

*Attorneys for Deutsche Bank Trust Company, Americas,*
*in its capacity as successor identure trustee for certain series*
*of Senior Notes*

Dated: September 9, 2011
New York, New York

/s/ Melanie Grossman
Melanie A. Grossman
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7600
Fax: (212) 957-4514
Email: mgrossman@cohengresser.com

*Counsel for Defendants LaBranche &*
*Co. LLC and LaBranche Structured*
*Products LLC (presently known as*
*Cowen Capital LLC)*