UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., et al.,<br>    Defendants.<br>(This Document Applies To All Cases) | Docket Nos.: 11 Civ. 4784 (RJH)<br>MDL No. 2296<br><br>**ECF CASE**<br>**STIPULATION AND ORDER**<br>**FOR SUBSTITUTION OF COUNSEL** |

  PLEASE TAKE NOTICE that the law firm of SABHARWAL, GLOBUS & LIM, LLP, located at 350 Fifth Avenue, Suite 5958 New York, NY 10118 hereby withdraws as counsel of record, for the Defendant BLACKPORT CAPITAL FUND, LTD in the above-referenced case, and that the law firm of ARENT FOX LLP, located at 1675 Broadway, New York, New York 10019 by the undersigned, hereby enters its appearance as substitute counsel for same in the above referenced case.

Dated: September 12, 2011

                      Respectfully submitted,

| BY WITHDRAWING COUNSEL: | BY SUBSTITUTE COUNSEL: |
|---|---|
|    /s |    /s |
| Stuart Mack, Esq. | David Wynn, Esq. (DW 8660) |
| SABHARWAL, GLOBUS & LIM, LLP | Paul Fakler, Esq.(PF-0249) |
| 350 Fifth Avenue | Mark Angelov, Esq. (MA 5291) |
| Suite 5958 | ARENT FOX LLP |
| New York, NY 10118 | 1675 Broadway |
| Tel: (212) 601-2885 | New York, New York 10019 |
| | Tel:   (212) 484-3987 |
| | Fax:   (212) 484-3990 |