UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., et al.,<br>　　　　Defendants. | Docket No. 11 Civ. 4784 (RJH)<br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

　　　　Please take notice that the undersigned, of the law firm of Arent Fox LLP, hereby appears as counsel of record for Defendant Blackport Capital Fund Ltd. The undersigned certifies that he is admitted to practice in this Court.

Dated: September 12, 2011
New York, NY

　　　　　　　　　　　　　　　ARENT FOX LLP

　　　　　　　　　　　By　　_____s/_____
　　　　　　　　　　　　　　Mark Angelov, Esq. (MA 5291)
　　　　　　　　　　　　　　1675 Broadway
　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　Tel:　(212) 484-3987
　　　　　　　　　　　　　　Fax:　(212) 484-3990
　　　　　　　　　　　　　　wynn.david@arentfox.com

NYC/612182.1