UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., et al.,<br><br>        Defendants. | Docket No. 11 Civ. 4784 (RJH)<br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, of the law firm of Arent Fox LLP, hereby appears as counsel of record for Defendant Blackport Capital Fund Ltd. The undersigned certifies that he is admitted to practice in this Court.

Dated: September 12, 2011
New York, NY

                      ARENT FOX LLP

                      By:       /s
                            David Wynn, Esq.(DW 8660)
                            1675 Broadway
                            New York, New York 10019
                            Tel:   (212) 484-3987
                            Fax:  (212) 484-3990
                            wynn.david@arentfox.com

NYC/612180.1