UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., et al., <br> Defendants. | Docket No. 11 Civ. 4784 (RJH) <br> ECF CASE <br><br> **NOTICE OF APPEARANCE** |

Please take notice that the undersigned, of the law firm of Arent Fox LLP, hereby appears as counsel of record for Defendant Blackport Capital Fund Ltd. The undersigned certifies that he is admitted to practice in this Court.

Dated: September 12, 2011
New York, NY

ARENT FOX LLP

By:_____/s_____
          Paul Fakler, Esq.(PF-0249)
          1675 Broadway
          New York, New York 10019
          Tel:   (212) 484-3987
          Fax:   (212) 484-3990
          fakler.paul@arentfox.com

NYC/612181.1