UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, )
in its capacity as successor indenture trustee for certain ) Case No. 1:11- cv-04784 (RJH)
Series of Senior Notes, *et al.*, )
) **NOTICE OF APPEARANCE**
       Plaintiffs, )
)
  vs. )
)
ADALY OPPORTUNITY FUND TD SECURITIES, INC. )
C/O ADALY INVESTMENT MANAGEMENT CO., *et* )
*al.*, )
)
       Defendants. )
-----------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rachel Sims, Esq., of Greenberg Traurig, LLP, hereby appears as counsel in the captioned matter for Defendant Citadel Equity Fund Ltd./Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC, and requests that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   September 13, 2011

            GREENBERG TRAURIG LLP

            By: _____
            Rachel Sims (simsr@gtlaw.com)
            200 Park Avenue
            MetLife Building
            New York, NY 10166
            Tel: (212) 801-9200
            Fax: (212) 805-6400