UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS,** in its capacity as successor indenture trustee for certain Series of Senior Notes, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> **ADALY OPPORTUNITY FUND TD SECURITIES, INC. C/O ADALY INVESTMENT MANAGEMENT CO.,** *et al.*, <br><br>    Defendants. | Case No. <br> 1:11- cv-4784 (RJH) <br><br> **Rule 7.1 Disclosure Statement** |

-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) LTD c/o Citadel Investment Group LLC (a private non-governmental party) certifies that:

(1)    Citadel Equity Fund LTD / Leeds MGMT SVCS (Cayman) LTD does not have any parent corporation.

(2)    No publicly held corporation owns more than 10% of the stock of Citadel Equity Fund LTD / Leeds MGMT SVCS (Cayman) LTD.

Dated: September 13, 2011                Respectfully submitted,

                            /s/ Rachel Sims
                            Rachel Sims
                            GREENBERG TRAURIG, LLP
                            200 Park Avenue
                            New York, New York 10166
                            Tel: 212.801.9200
                            Fax: 212.801.6400
                            simsr@gtlaw.com