UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, :
In its capacity as successor indenture trustee for certain
Series of Senior Notes, *et al.*, :

                Plaintiffs, :

       -against- :

ADALY OPPORTUNITY FUND TD SECURITIES INC. :
C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,
                 :
                Defendants.
---------------------------------------------------------------X

Case No. 11 Civ. 4784 (UA)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that:

1. Defendant Lighthouse Partners LLC shall have up to and including October 20, 2011, to respond to the amended complaint, subject to any stay of proceedings which may then be in effect;

2. Said defendant waives any defense relating to service of process; and

3. Electronically transmitted or facsimile signatures on this stipulation shall be deemed as originals for all purposes.

Dated: September 6, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
James P. Chou
Christine D. Doniak
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel for Plaintiffs*

LIGHTHOUSE PARTNERS LLC

By: _____
Robert Sroka
54 Disbrow Lane
New Rochelle, NY 10804
(914) 403-8888

*Counsel for Defendant Lighthouse Partners LLC*

SO ORDERED.

_____
U.S.D.J.
9/13/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/11