David S. Rosner, Esq. (drosner@kasowitz.com)
Sheron Korpus, Esq. (skorpus@kasowitz.com)
Christine A. Montenegro, Esq. (cmontenegro@kasowitz.com)
Matthew B. Stein, Esq. (mstein@kasowitz.com)
Paul J. Burgo, Esq. (pburgo@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Counsel for the Plaintiffs solely with respect
to claims asserted in this case against QES QVT Fund LP,
QVT Financial LP, and QVT Fund.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes; LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes; and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, | 11-cv-4784 (RJH)<br><br>APPEARANCE |
| Plaintiffs, | |
| v. | |
| ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*, | |
| Defendants. | |

**To the Clerk of this Court and all parties of record:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

> Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes; Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes; and

Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes, *solely with respect to claims asserted in this case against:*

QES QVT Fund LP; QVT Financial LP; and QVT Fund.

Dated: September 15, 2011

        KASOWITZ, BENSON, TORRES
        & FRIEDMAN LLP

        */s/ Christine A. Montenegro*
        David S. Rosner, Esq.
        Sheron Korpus, Esq.
        Matthew B. Stein, Esq.
        Christine A. Montenegro, Esq.
        1633 Broadway
        New York, New York 10019
        Telephone: (212) 506-1700

        *Counsel for the Plaintiffs solely with respect to claims asserted in this case against QES QVT Fund LP, QVT Financial LP, and QVT Fund.*