UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DEUTSCHE BANK TRUST CO. AMERICAS, et al., : **NOTICE OF APPEARANCE**

Plaintiffs, : 11-cv-4784 (RJH)

-against-

ADALY OPPORTUNITY FUND TD SECURITIES, INC., et al.,

Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, by Assistant Attorney General Charles E. Enloe, hereby appears as counsel of record for Defendant NEW YORK STATE TEACHERS' RETIREMENT SYSTEM in the above-captioned action, and that from this day forward copies of all notices, pleadings and other papers herein should be served upon the undersigned.

Dated: New York, New York
       September 16, 2011

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
<u>Attorney for Defendant New York State Teachers' Retirement System</u>
By:

_____/s/_____
Charles E. Enloe
Assistant Attorney General
120 Broadway
New York, New York 10271
Tel.: (212) 416-8910
Fax: (212) 416-6075
Email: charles.enloe@ag.ny.gov