

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

DEUTSCHE BANK TRUST COMPANY AMERICAS, ) Case No.
in its capacity as successor indenture trustee for certain ) 1:11 - cv - 04784 (RJH)
Series of Senior Notes, *et al.*, )
         ) **MOTION TO**
                      Plaintiffs, ) **ADMIT COUNSEL**
         ) ***PRO HAC VICE***
             v. )
         )
ADALY OPPORTUNITY FUND TD SECURITIES, INC. )
C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*, )
         )
                    Defendants. )

-------------------------------------------------------------------------X

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Rachel Sims, a member in good standing of

the Bar of this Court and counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs

(Cayman) Ltd. c/o Citadel Investment Group LLC, hereby moves this Court for an Order

allowing the admission *pro hac vice* of my colleagues:

| | |
|---|---|
| Daniel D. Rubinstein<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>fingerk@gtlaw.com | Kevin D. Finger<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>fingerk@gtlaw.com |
| Bevin M. Brennan<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>brennanb@gtlaw.com | Jonathan H. Claydon<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>claydonj@gtlaw.com |

Mr. Rubinstein, Mr. Finger, Ms. Brennan and Mr. Claydon are members in good standing of the Bar of the State of Illinois, and there are no pending disciplinary proceedings against Mr. Rubinstein, Mr. Finger, Ms. Brennan or Mr. Claydon in any State or Federal court.

WHEREFORE, Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC respectfully requests that the Court grant this motion to admit Daniel D. Rubinstein, Kevin D. Finger, Bevin M. Brennan and Jonathan H. Claydon *pro hac vice* in the above captioned matter.

Dated: September 13, 2011          Respectfully submitted,

                                      CITADEL EQUITY FUND LTD / LEEDS
                                      MGMT SVCS (CAYMAN) LTD C/O
                                      CITADEL INVESTMENT GROUP LLC

                                      Rachel Sims
                                      GREENBERG TRAURIG, LLP
                                      200 Park Avenue
                                      New York, New York 10166
                                      Tel: 212.801.9200
                                      Fax: 212.801.6400
                                      simsr@gtlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DEUTSCHE BANK TRUST COMPANY :     Case No. 1:11-cv-04784 (RJH)
AMERICAS, in its capacity as successor :
indenture trustee for certain Series of Senior :
Notes, *et al.*, :      **AFFIDAVIT OF RACHEL**
:      **SIMS IN SUPPORT OF**
             Plaintiffs, :      **MOTION TO ADMIT**
    - against - :      **COUNSEL *PRO HAC VICE***
:
ADALY OPPORTUNITY TRUST FUND TD :
SECURITIES, INC. c/o ADALY INVESTMENT :
MANAGEMENT CO., *et al.*, :
:
            Defendants. :
:

---------------------------------------------------------------x

STATE OF NEW YORK   )
                  ) ss.:
COUNTY OF NEW YORK  )

     RACHEL SIMS, being duly sworn, deposes and says:

     1.      I am an associate with the firm of Greenberg Traurig, LLP, counsel for Defendant

Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC

in the above-captioned action. I am familiar with the proceedings in this case. I make this

affidavit based on my personal knowledge of the facts set forth herein and in support of

Defendant's motion to admit Daniel D. Rubinstein, Kevin D. Finger, Bevin M. Brennan, and

Jonathan H. Claydon, as counsel *pro hac vice* to represent Defendant in this matter.

     2.      I am a member in good standing of the Bar of the State of New York and was

admitted to practice law in the State of New York on May 1, 2002. I am also admitted to the Bar

of the United States District Court of the Southern District of New York and I am in good

standing with this Court.

3.     Daniel D. Rubinstein is a shareholder of Greenberg Traurig, LLP in the office located in Chicago, Illinois. Mr. Rubinstein is a member in good standing of the State Bar of Illinois. Attached hereto as Exhibit A is an original Certificate of Admission to the Bar of Illinois for Mr. Rubinstein.

4.     Kevin D. Finger is a shareholder of Greenberg Traurig, LLP in the office located in Chicago, Illinois. Mr. Finger is a member in good standing of the State Bar of Illinois. Attached hereto as Exhibit B is an original Certificate of Admission to the Bar of Illinois for Mr. Finger.

5.     Bevin M. Brennan is a shareholder of Greenberg Traurig, LLP in the office located in Chicago, Illinois. Ms. Brennan is a member in good standing of the State Bar of Illinois. Attached hereto as Exhibit C is an original Certificate of Admission to the Bar of Illinois for Ms. Brennan.

6.     Jonathan H. Claydon is an associate of Greenberg Traurig, LLP in the office located in Chicago, Illinois. Mr. Claydon is a member in good standing of the State Bar of Illinois. Attached hereto as Exhibit D is an original Certificate of Admission to the Bar of Illinois for Mr. Claydon.

7.     Mr. Rubinstein, Mr. Finger, Ms. Brennan, and Mr. Claydon are skilled attorneys and persons of integrity with experience in Federal practice and the Federal Rules of Civil Procedure.

8.     Accordingly, I am pleased to move the admissions of Mr. Rubinstein, Mr. Finger, Ms. Brennan, and Mr. Claydon, *pro hac vice*.

9.     I respectfully submit a proposed order granting the admission of Mr. Rubinstein, Mr. Finger, Ms. Brennan, and Mr. Claydon, *pro hac vice*, which is attached hereto as Exhibit E.

2

WHEREFORE, it is respectfully requested that the motion to admit  Mr. Rubinstein, Mr.

Finger, Ms. Brennan, and Mr. Claydon, *pro hac vice*, be granted.

Respectfully submitted,

_____
Rachel Sims
(simsr@gtlaw.com)

Sworn to before me this
13th day of September, 2011.

_____
Notary Public

CHRISTY SCHAEFFER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4769958
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES AUG 31, 2014

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel D. Rubinstein

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on February 2, 2007 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, September 02, 2011.

*Carolyn Taft Grosboll*

Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Kevin D. Finger

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1993 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, September 02, 2011.

*Carolyn Taft Grosboll*

Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Bevin Megan Brennan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2000 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, September 02, 2011.

*Carolyn Taft Grosboll*

Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Jonathan Hale Claydon

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, September 02, 2011.

*Carolyn Taft Grosboll*

Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------X

**DEUTSCHE BANK TRUST COMPANY AMERICAS,**   )    Case No.
in its capacity as successor indenture trustee for certain   )    1:11- cv-04784 (RJH)
Series of Senior Notes, *et al.,*   )
  )    **ORDER FOR**
             Plaintiffs,   )    **ADMISSION**
  )    *PRO HAC VICE*
        v.   )
  )
**ADALY OPPORTUNITY FUND TD SECURITIES, INC.**   )
**C/O ADALY INVESTMENT MANAGEMENT CO.,** *et al.,*   )
  )
            Defendants.   )
------------------------------------------------------------------------------X

Upon the motion of Rachel Sims, Esq., an associate with the law firm of Greenberg

Traurig, LLP, counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman)

Ltd. c/o Citadel Investment Group LLC, for admission to practice *pro hac vice* in the above-

captioned matter, and the Affidavit of Rachel Sims, sworn to September 13, 2011, **IT IS**

**HEREBY ORDERED THAT**:

| | |
|---|---|
| Daniel D. Rubinstein<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>rubinsteind@gtlaw.com | ~~Kevin D. Finger~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>fingerk@gtlaw.com |
| ~~Devin M. Brennan~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>brennanb@gtlaw.com | ~~Jonathan H. Claydon~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>claydonj@gtlaw.com |

are admitted to practice *pro hac vice*, as counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:_____

_____
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------X

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS,** in its capacity as successor indenture trustee for certain Series of Senior Notes, *et al.*, | Case No.<br>1:11- cv-04784 (RJH) |
| Plaintiffs, | **ORDER FOR**<br>**ADMISSION**<br>***PRO HAC VICE*** |
| v. | |
| **ADALY OPPORTUNITY FUND TD SECURITIES, INC.**<br>**C/O ADALY INVESTMENT MANAGEMENT CO.,** *et al.,* | |
| Defendants. | |

------------------------------------------------------------------------------X

Upon the motion of Rachel Sims, Esq., an associate with the law firm of Greenberg Traurig, LLP, counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC, for admission to practice *pro hac vice* in the above-captioned matter, and the Affidavit of Rachel Sims, sworn to September 13, 2011, **IT IS HEREBY ORDERED THAT**:

| | |
|---|---|
| ~~Daniel D. Rubinstein~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>rubinsteind@gtlaw.com | Kevin D. Finger<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>fingerk@gtlaw.com |
| ~~Bevin M. Brennan~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>brennanb@gtlaw.com | ~~Jonathan H. Claydon~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>claydonj@gtlaw.com |

are admitted to practice *pro hac vice*, as counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:_____                    _____
                                                United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

DEUTSCHE BANK TRUST COMPANY AMERICAS, )    Case No.
in its capacity as successor indenture trustee for certain )    1:11- cv-04784 (RJH)
Series of Senior Notes, *et al.*, )
      )    **ORDER FOR**
                 Plaintiffs, )    **ADMISSION**
      )    ***PRO HAC VICE***
            v. )
      )
**ADALY OPPORTUNITY FUND TD SECURITIES, INC.** )
**C/O ADALY INVESTMENT MANAGEMENT CO.,** *et al.,* )
      )
               Defendants. )

------------------------------------------------------------------------X

Upon the motion of Rachel Sims, Esq., an associate with the law firm of Greenberg

Traurig, LLP, counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman)

Ltd. c/o Citadel Investment Group LLC, for admission to practice *pro hac vice* in the above-

captioned matter, and the Affidavit of Rachel Sims, sworn to September 13, 2011, **IT IS**

**HEREBY ORDERED THAT:**

| Daniel D. Rubinstein | Kevin D. Finger |
|---|---|
| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
| 77 West Wacker Drive, Suite 3100 | 77 West Wacker Drive, Suite 3100 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| Tel: 312.456.8400 | Tel: 312.456.8400 |
| Fax: 312.456.8435 | Fax: 312.456.8435 |
| rubinsteind@gtlaw.com | fingerk@gtlaw.com |
| Bevin M. Brennan | Jonathan H. Claydon |
| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
| 77 West Wacker Drive, Suite 3100 | 77 West Wacker Drive, Suite 3100 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| Tel: 312.456.8400 | Tel: 312.456.8400 |
| Fax: 312.456.8435 | Fax: 312.456.8435 |
| brennanb@gtlaw.com | claydonj@gtlaw.com |

are admitted to practice *pro hac vice*, as counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:_____          _____
                                     United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DEUTSCHE BANK TRUST COMPANY AMERICAS, ) Case No.
in its capacity as successor indenture trustee for certain ) 1:11- cv-04784 (RJH)
Series of Senior Notes, *et al.*, )
                                            ) **ORDER FOR**
                  Plaintiffs, ) **ADMISSION**
                                            ) ***PRO HAC VICE***
         v. )
                                              )

ADALY OPPORTUNITY FUND TD SECURITIES, INC. )
C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*, )
                                              )
                 Defendants. )

---------------------------------------------------------------------X

Upon the motion of Rachel Sims, Esq., an associate with the law firm of Greenberg

Traurig, LLP, counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman)

Ltd. c/o Citadel Investment Group LLC, for admission to practice *pro hac vice* in the above-

captioned matter, and the Affidavit of Rachel Sims, sworn to September 13, 2011, **IT IS**

**HEREBY ORDERED THAT**:

| | |
|---|---|
| ~~Daniel D. Rubinstein~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>rubinsteind@gtlaw.com | ~~Kevin D. Finger~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>fingerk@gtlaw.com |
| ~~Kevin M. Brennan~~<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>brennanb@gtlaw.com | Jonathan H. Claydon<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>claydonj@gtlaw.com |

are admitted to practice *pro hac vice*, as counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:_____          _____
                                 United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DEUTSCHE BANK TRUST COMPANY      :      Case No. 1:11-cv-04784 (RJH)
AMERICAS, in its capacity as successor      :
indenture trustee for certain Series of Senior      :
Notes, *et al.*,      :      **AFFIDAVIT OF SERVICE**
     :      **VIA FIRST CLASS MAIL**
     Plaintiffs,      :
     - against -      :
     :
ADALY OPPORTUNITY TRUST FUND TD      :
SECURITIES, INC. c/o ADALY INVESTMENT      :
MANAGEMENT CO., *et al.*,      :
     :
     Defendants.      :
     :

-------------------------------------------------------------x

STATE OF NEW YORK      )
     ) ss.:
COUNTY OF NEW YORK      )

     **CECILIA PINEDA**, being duly sworn, deposes and says: I am not a party to this action;
I am over 18 years of age and reside in Kearny, New Jersey.

On Wednesday, September 14, 2011, I personally served the **MOTION TO ADMIT
COUNSEL *PRO HAC VICE* and AFFIDAVIT OF RACHEL SIMS IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***, dated September 13, 2011, to the
attorneys listed below at the address designated by said attorneys for that purpose, by depositing
a true copy thereof, in a post-paid, properly addressed wrapper for first class mail delivery under
the exclusive care and custody of the United States Post Office in the State of New York, set
forth below:

**David M. Zensky, Esq.**
**James Philip Chou, Esq.**
**Louis Levi Nock, Esq.**
AKIN GUMP STRAUSS HAUER & FELD
One Bryant Park
New York, New York 10036
*Attorneys for Plaintiffs except with respect to
claims asserted against Defendants:
FolksAmerica Reinsurance Company; White
Mountains Re Bermuda Ltd; White Mountains
Reinsurance Company of America; Citadel
Equity Fund Ltd./Leeds Mgmt Svcs (Cayman)
Ltd. c/o Citadel Investment; Neuberger
Berman Inc.; Nomura Securities International,*

**David S. Rosner, Esq.**
KASOWITZ, BENSON, TORRES &
FRIEDMAN L.L.P
1633 Broadway
New York, New York 10019
*Attorneys for Plaintiffs Deutsche Bank Trust
Company Americas, Law Debenture Trust
Company of New York, Wilmington Trust
Company*

*Inc. - Stock Lending Blackport Capital Fund Ltd.; U of T Master Trust; University of Toronto; LaBranche & Co. LLC; LaBranche Structured Products LLC; Stitching Pensioenfonds ABP c/o ABP Investments US, Inc.; Stitching Pensioenfonds Hoogovens; Stitching Pensioenfonds Oce c/o ABP Investments US, Inc.; Stitching Pesioenfonds Van de c/o ABP Investments US, Inc.; Stitching Pensioenfonds Zorg c/o ABP Investments US, Inc.; QES QVT Fund LP; QVT Financial LP; and QVT Fund, Law Debenture Trust Company of New York, Wilmington Trust Company,*

**Jeffrey Carl Fourmaux, Esq.**
**Robert J. Lack, Esq.**
**Robert Joel Lack, Esq.**
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, New York 10036
*Attorneys for Plaintiffs Law Debenture Trust Company of New York, Wilmington Trust Company*

**Alan Joseph Stone, Esq.**
MILBANK, TWEED, HADLEY & MCCLOY
LLP
One Chase Manhattan Plaza
New York, New York 10005
*Attorneys for Defendants Amalgamated Bank, BMO Nesbit Burns Trading Corp. SA, Brown Brothers Harriman & Co., Bessemer Trust Company, SG Americas Securities, LLC, Swiss American Securities Inc.*

**Stuart A. Mack, Esq.**
STUART MACK, ESQ.
350 Fifth Avenue, Suite 4606
New York, New York 10118
*Attorneys for Defendant Blackport Capital Fund, Ltd.*

**Rodman E. Honecker, Esq.**
WINDELS MARX LANE & MITTENDORF
120 Albany Street Plaza
New Brunswick, New Jersey 08901
*Attorneys for Defendants Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co., Strategic Opportunity BMO Nesbitt Burns c/o Adaly Investment Management Co.*

**David Neal Wynn, Esq.**
**Mark A. Angelov, Esq.**
**Paul Matthew Fakler, Esq.**
ARENT FOX LLP
1675 Broadway
New York, New York 10019
*Attorneys for Defendants Blackport Capital Fund, Ltd.*

**David Keith Momborquette, Esq.**
**Erica Eden Frank, Esq.**
SCHULTE ROTH & ZABEL LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005
*Attorneys for Defendants Cougar Trading, LLC, Emanuel E. Geduld 2005 Family Trust, NYC District Council Carpenters Pension, NYC District Council Carpenters Welfare*

**Joshua Allen Zielinski, Esq.**
McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Three Gateway Center
100 Mulberry Street, 17th Floor
Newark, New Jersey 07102
*Attorneys for Defendant Delaware Charter G
& T TTEE*

**Rachel Brothman Kane, Esq.**
KRYS BOYLE, P.C.
600 17th Street, Suite 2700 South Tower
Denver, CO 80202
*Attorneys for Defendants DEPFA Bank PLC,
GDK INC c/o Caxton Associates LP GDK INC
c/o Caxton Associates LP, Emanuel Gruss*

**Jack Yoskowitz, Esq.**
**Julia Claire Spivack, Esq.**
**Michael James McNamara, Esq.**
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
*Attorneys for Defendants Folksamerica
Reinsurance Company, Homeland and
Insurance Company of New York c/o One
Beacon Insurance Co., White Mountains RE
Bermuda Ltd. c/o White Mountains
Reinsurance Company of America, White
Mountains Reinsurance Company of America,
U of T Master Trust C.O. the Blackstone
Group LP, University of Toronto c/o the
Blackstone Group LP*

**Robert Allen Meister, Esq.**
PEDOWITZ & MEISTER LLP
1501 Broadway
New York, New York 10036
*Attorneys for Defendant Ruth Gruenthal*

**Celia Goldwag Barenholtz, Esq.**
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
*Attorneys for Defendants DEPFA Bank PLC,
GDK INC c/o Caxton Associates LP, Emanuel
Gruss*

**Daniel Poul Goldberger, Esq.**
**David Steve Mordkoff, Esq.**
**Harry Frischer, Esq.**
**Stephen Leonard Ratner, Esq.**
PROSKAUER ROSE LLP (NY)
11 Times Square
New York, New York 10036
*Attorneys for Defendant Dreyfus Stock Index
Funds, Inc.*

**Danielle Lauren Rose, Esq.**
**Michael Sangyun Kim, Esq.**
**Scott Kurtis McCulloch, Esq.**
KOBRE & KIM LLP
800 Third Avenue, 6th Floor
New York, New York 10022
*Attorneys for Defendanst Government of
Singapore Investment Corp PTE LTD,
Monetary Authority/Singapore*

**Abbey Walsh, Esq.**
**David Parker, Esq.**
KLEINBERG KAPLAN WOLFF & COHEN,
PC
551 Fifth Avenue
New York, New York 10176
*Attorneys for Havens Partners Enhanced
Fund, L.P., Havens Partners, L.P.*

**Brett D. Jaffe, Esq**
COHEN & GRESSER, LLP
800 Third Avenue, 21st Floor
New York, New York 10022
*Attorneys for Defendants LaBranche & Co.*
*LLC, Labranche Structured Products LLC*

**Melanie Anita Grossman, Esq.**
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
*Attorneys for Defendants LaBranche & Co.*
*LLC, Labranche Structured Products LLC*

**Michael A. Leon, Esq.**
GARFUNKEL WILD, P.C.
111 Great Neck Road
Great Neck, New York 11021
*Attorneys for Defendant Thomas J. Majorana*

**Michael B. Roth, Esq.**
MINTZ & GOLD LLP
470 Park Avenue South, 10th Floor North
New York, New York 10016
*Attorneys for Defendant Nomura Securities*
*International Inc.-Stock Lending, Nomura*
*Securities International Inc.*

**Scott Cameron Kessenick, Esq.**
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
*Attorneys for Defendant Pacific Select*

**Jordan E. Stern, Esq.**
BECKER, GLYNN, MELAMED &
MUFFLY, LLP
299 Park Avenue
New York, New York 10171
*Attorneys for Defendants Pension Fund*
*Association for Local Government Officials,*
*Secretaria to Mutual Benefit Association for*
*Tokyo Metropolitan Employees, Sumitomo*
*Trust & Banking Co., The Sumitomo Trust &*
*Banking Co. Ltd.*

**Richard Francis Markert, Esq.**
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
*Attorneys for Defendants Martha Pope,*
*Martha P. Pope, Executrix, Estate of Leavitt J.*
*Pope*

**Jeff Joseph Friedman, Esq.**
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
437 Madison Avenue
New York, New York 10022
*Attorneys for Defendants RIEF RMP LLC c/o*
*Renaissance Technologies LLC, RIEF Trading*
*LLC c/o Renaissance Technologies LLC*

**Claire L. Huene, Esq.**
**Joel M. Miller, Esq.**
MILLER & WRUBEL, P.C.
570 Lexington Avenue, 25th Floor
New York, New York 10022
*Attorneys for Defendant Rabo Capital*
*Services, Inc.*

**Mark Michael Elliott, Esq.**
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
*Attorneys for Defendants T.Rowe Price Equity*
*Income Trust c/o T. Rowe Price Associates,*
*Inc., T. Rowe Price Balanced Fund, Inc., T.*
*Rowe Price Associates, Inc., T. Rowe Price*
*Trust Company*

**Michael Paul Richman, Esq.**
MAYER BROWN LLP
1999 "K" Street, N.W.
Washington, DC 20006
*Attorneys for Defendant Schultze Asset
Management, LLC*

**Richard F. Levy, Esq.**
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
*Attorneys for Defendant Elizabeth H.
Vanmerkensteijn*

**Daniel Lucas Cantor, Esq.**
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
*Attorneys for Defendant US Trust Co. N.A.*

**CECILIA PINEDA**

Sworn to before me this
14th day of September, 2011

Notary Public

RACHEL SIMS
Notary Public, State of New York
No. 01SI4751805
Qualified in Kings County
Commission Expires October 31, 20