UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY  :
AMERICAS, et al.,            :     Case No.: 11-CV-04784
                             :
          Plaintiffs,        :
                             :
     - against -             :     AFFIDAVIT OF SERVICE
                             :     BY MAIL
ADALY OPPORTUNITY FUND TD    :
SECURITIES INC., et al.,,    :
                             :
          Defendants.        :
-------------------------------------------------------------x

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF NEW YORK    )

        SEAN LUSTIG, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

        On September 16, 2011, deponent served the Appearance of Counsel upon the following at the addresses designated for that purpose:

        SEE ATTACHED DISTRIBUTION LIST

        Said mailing was made by depositing true copies of said document, enclosed in post-paid sealed wrappers, properly addressed to the above-named and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
SEAN LUSTIG

Sworn to before me this
16th day of September, 2011.

_____
Notary Public

PATRICIA A. BOTTI
Notary Public, State of New York
No. 01BO4984082
Qualified in New York County
Commission Expires July 15, 2015

DOC ID-17435008.1

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Deutsche Bank Trust Company Americas, et al.<br>*Plaintiff*<br>v.<br>Adaly Opportunity Fund TD Securities Inc., et al.<br>*Defendant* | Case No.  1:11-cv-04784-UA |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cougar Trading LLC and Emanuel E. Geduld 2005 Family Trust

Date: 8/15/11

*Attorney's signature*

David K. Momborquette (NY 2456903)
*Printed name and bar number*

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
*Address*

david.momborquette@srz.com
*E-mail address*

(212) 756-2268
*Telephone number*

(212) 593-5955
*FAX number*

| | |
|---|---|
| FirStar Trust Co.<br>Attn: Bonnie Smith<br>100 Summit Lake Drive<br>Valhalla, NY 10595-1339 | The Merger Fund<br>100 Summit Lake Drive<br>Valhalla, NY 10595-1339 |
| GS & Co.<br>180 Maiden Lane<br>37th Floor<br>New York, NY 10038-4925 | Portfolio 1 Offshore Master LP LSV<br>C/O GS & Co<br>180 Maiden Lane<br>37th Floor<br>New York, NY 10038-4925 |
| Jack Yoskowitz<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York,, NY 10004 | Julia Claire Spivack<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Fordham University<br>441 East Fordham Road<br>Bronx, NY 10548 | Geoffrey A. Goodman<br>300 Capitol Mall<br>Suite 1700<br>Sacramento, CA 95812 |
| Gabelli Avg Price 2<br>401 Theodore Fremd Ave.<br>Rye, NY 10580 | Gabelli & Co., Inc.<br>401 Theodore Fremd Ave.<br>Rye, NY 10580 |
| Gabelli Equity Trust Inc.<br>401 Theodore Fremd Ave.<br>Rye, NY 10580 | Gabelli Foundation, Inc.<br>401 Theodore Fremd Ave.<br>Rye, NY 10580 |

| | |
|---|---|
| Martin G. Braun<br>1 St Clair Ave. West<br>Suite 404<br>Toronto, ON M4V1K7 Canada | AMIDA Partners Master Fund Ltd.<br>415 Madison Avenue<br>2nd Floor<br>New York, NY 10017-7958 |
| AMIDA Partners Master Fund Ltd.<br>623 Fifth Avenue<br>25th Floor<br>New York, NY 10022 | Jeff Rosenthal<br>1375 Broadway<br>New York, NY 10018-7001 |
| Lincoln FD Tax Advantage<br>1375 Broadway<br>New York, NY 10018-7001 | Archdiocese of New York Master Trust<br>1011 First Avenue<br>New York, NY 10022-4134 |
| Bell Atlantic Master Trust<br>c/o Its Trustee, Bank of New York Mellon<br>One Wall Street<br>New York, NY 10286 | B Trade Services LLC<br>c/o The Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Richard L. Kay<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036 | TR UA 11/20/02 Himan Brown Revocable Trust<br>285 Central Park W<br>New York, NY 10024-3006 |
| Capitalia Azionario USA<br>C/O Capitalia AM SGR SPA C<br>150 E. 42nd Street<br>New York, NY 10017 | CBS Master Trust<br>51 West 52nd Street<br>18th Floor<br>New York, NY 10019-6188 |

Susan K. Rushing
CIM XVI LLC
National Corporate Research Ltd.
615 South DeuPont Highway
Dover, DE 19901

Jonathan Hale Claydon
Greenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

Trudi Gilligan
Citi Goldentree Ltd.
111 Wall Street
17th Floor
New York, NY 10005

Condor C/O Robeco Inst. Asset
MGMT BV C/O Robeco In
909 Third Avenue
New York, NY 10022

Convertibles Strategic Hold
c/o Ken Stiller (BVB)
EQ Convertibles Middle Office
390 Greenwich Street
3rd Floor
New York, NY 10013-2375

D E Shaw Valence Portfolio LLC
1166 Avenue of the Americas
9th Floor
New York, NY 10036

Citadel Equity Fund LTD/Leeds MGMT SVCS
(Cayman)
601 Lexington Avenue
New York, NY 10022

Andrew G. Gordon
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
Suite 2725
New York, NY 10019-6064

Commerz Markets LLC
111 Eighth Avenue
13th Floor
New York, NY 10011

Lawrence S. Menkes
Consolidated Edison Co. of NY Inc.
4 Irving Place
Room 1800
New York, NY 10003

Mary K. Warren
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

DBSO Securities Ltd.
1345 Avenue of the Americas
29th Floor
New York, NY 10105-0302

Dr. David L. Hoexter IRA R/O
654 Madison Avenue
New York, NY 10065-8435

Drawbridge Global Macro
Attn: Edouard Choute
1345 Avenue of the Americas
23rd Floor
New York, NY

Douglas P. Lobel
Cooley LLP
One Freedom Square
11951 Freedom Drive
Suite 1600
Reston, VA 20190-5656

Richard Montesano
3 World Financial Center
6th Floor
New York, NY 10285-0001

Fairweather Family LP
294 Colonel Greene Road
Yorktown Heights, NY 10598-6022

Fideuram Bank Luxembourg S.A.
C/O Intesa Sanpaolo
1 William Street
New York, NY 10004

Delos Insurance Co.
Attn: Scott Van Pelt
120 West 45th Street
36th Floor
New York, NY 10036

Dresdner Bank, AG
C/O Commerzbank AG
2 World Financial Center
New York, NY 10281

E*Trade Clearing LLC
34 Exchange Place
Jersey City, NJ 07302

Fairweather Ltd. Partnership
R1F3154C Custodian
c/o Fairweather Family LP
Dr. Peter Fairweather
294 Colonel Greene Road
Yorktown Heights, NY 10598-6022

Peter Fairweather
294 Colonel Greene Road
Yorktown Heights, NY 10598-6022

Brian T. Koosed
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022

Gamco Asset Management Inc.
401 Theodore Fremd Ave.
Rye, NY 10580

Cara Leigh Gilespie-Wilson
P.O. Box 535
Bangall, NY 12506-0535

James O. Johnston
Dewey & Leboeuf LLP
333 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071-1530

Abbey Walsh
Kleinberg Kaplan Wolff & Cohen, P.C.
551 Fifth Avenue
New York, NY 10176

Helen Buttenwieser Trust 7/28/38
575 Madison Avenue
New York, NY 10022

Polly H. Howells
484 First Street
Brooklyn, NY 11212-2606

George M. Moss
252-03 82nd Drive
Bellerose, NY 11426

GMIMCO Trust (General Motors)
Bruce Marquand
767 Fifth Avenue
15th Floor
New York, NY 10153

Peter Alderman
GoldenTree Asset Management LP
300 Park Avenue
New York, NY 10022

David Parker
Kleinberg Kaplan Wolff & Cohen, P.C.
551 Fifth Avenue
New York, NY 10176

Christopher A. Seeger
Seeger Weiss LLP
77 Water Street  26th Floor
New York, NY 10005

Scott Lawrence Black
Hudson Bay Capital Management LP
777 Third Avenue
30th Floor
New York, NY 10017

IBEW Local 25 Master Trust Plan
372 Vanderbilt Motor Parkway
Hauppauge, NY 11788

P. Mats Goebels
Investment Technology Group, Inc.
380 Madison Avenue
New York, NY 10017

Donna Dua
1301 Avenue of the Americas
38th Floor
New York, NY 10019

Sherrie Hammond
Development Dept. 100 East 77th Street
New York, NY 10075-1850

Barry Kupferberg David & Lori Banner Kupferberg
290 Rockingstone Ave.
Larchmont, NY 10538

Charles Pratt & Company LLC
355 Lexington Avenue
New York, NY 10017-6603

Jefferies & Co., Inc.
520 Madison Avenue
10th Floor
New York, NY 10022

Jonathan A. Knee
114 W. 27th Street
7th Floor
New York, NY 10001

Richard Coster
Charles Pratt & Company LLC
355 Lexington Avenue
New York, NY 10017-6603

Jennifer Lynn Achilles
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022

Bakery CONF TOB WRKS Local 102
108-15 Crossbay Boulevard
Ozone Park, New York 11417-1520

CGM IRA Custodian
79 Castle Ridge Road
Manhasset, NY 11030-3203

OC ID-17434050.1

L3 Communication Corporation Master Trust
600 Third Avenue
New York, NY 10016

Brett D. Jaffe
Cohen & Gresser LLP
800 Third Avenue
21st Floor
New York, NY 10022

Owen S. Littman
599 Lexington Avenue
21st Floor
New York, NY 10022

Edward P. O'Hanlon
Kieffer & Hahn LLP
230 Park Avenue
Suite 1000
New York, NY 10169

Robert Sroka
Lighthouse Partners, LLC
54 Disbrow Lane
New Rochelle, NY 10804

Raymond Aquilino
108-15 Crossbay Boulevard
Ozone Park, NY 11417-1520

Michael Loeb
91 Central Park West
New York, NY 10023-4609

M. Safra & Co., Inc.
499 Park Avenue
11th Floor
New York, NY 10022

Jerome & Maria Markowitz
767 3rd Avenue
6th Floor
New York, NY 10017-9026

Thomas J. Majorana
79 Castle Ridge Road
Manhasset, NY 11030-3203

Michael A. Leon
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY 11021

Law Office of David R. Lurie
10 East 40th Street
Suite 3307
New York, NY 10016

Robert E. LaBlanc
60 East End Ave.
Apt. 19A
New York, NY 10028-7907

Manufacturers & Traders Trust Co.
1100 Wehrle Drive
2nd Floor
Williamsville, NY 14221

Alexander and Paula Solon
66 The Hemlocks
Roslyn, NY 11576

Anima Societa DiGestione
c/o BPM Capital
68 South Service Road
Suite 120
Melville, NY 11747

Nicholas G. Chantiles
13 Circle Road
Scarsdale, NY 10583-5321

Joan E. Clark
1 Venus Drive
Loudonville, NY 12211-2217

Dexia Bank
c/o Dexia Credit Local New York Branch
445 Park Avenue
7th Floor
New York, NY 10022

Ralph Bonavist
10 Saw Mill River Road
Hawthorne, NY 10532

Hugh H. Fagan
73 Ellwood Street
Apt. 2F
New York, NY 10040

Jesse Fierstein Gen Par Bram & Ian
Fierstein Gem P
12 Secor Road
Scarsdale, NY 10583-7112

Ciri Gillispie
40 West 57th Street
19th Floor
New York, NY 10019

Matthew I. Mazur
Ianniello Anderson & Reilly PC
805 Route 146
Northway 9 Plaza
Clifton Park, NY 12065

Spear Leeds
401 Federal Street
Dover, DE 19901

Mr. Vilet and Leslie Payne
167 Brooklyn Ave.
Huntington, NY 11743

NYLIM-QS Large Cap Enhanced Fund LP
51 Madison Avenue
2nd Floor
New York, NY 10010

Swaps, SBI
Attn: Controllers Manageer *EQ US Derivatives Traders
EQ DeriV Prod CTRL
6th Floor, 388 Greenwich Street
New York, NY 10013-2375

Pension Commingle Fund, SWAPS, SBI
527 Madison Avenue
New York, NY 10022

Pension Fund Assn for Local Government Office
The Sumitomo Trust & Banking Co. Ltd.
532 Madison Ave.
New York, NY 10027

Jordan E. Stern
Beckeer Glynn Melamed & Muffly LLP
299 Park Avenue
16th Floor
New York, NY 10171-0002

Richard F. Market
Bleakley Platt & Schmidt LLP
One North Lexington Avenue
White Plains, NY 10602-5056

Andrew G. Gordon
Bleakley Platt & Schmidt LLP
One North Lexington Avenue
White Plains, NY 10602-5056

Prime Broker CSSI Stock Split and Reorg. Processing
Attn: Prime Broker
390 Greenwich Street
New York, NY 10013-2375

Craig Newman
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1003

OC ID-17434050.1

R.E. Ginna Nuclear Power Plant
LLC Master Decommissioning
c/o constellation Energy Group
100 Constellation Way, Suite 600 C, 16th Floor
Baltimore, MD 21202

R.E. Ginna Qualified Decommissioning Trust
750 East Pratt Street, 16th Floor
Baltimore, MD 21202

Royal Trust Corp. of Canada
C/O Royal Bank
One Liberty Plaza
New York, NY 10006

SPX Principal Strategy U.S. Shares Programs
Attn: Program Trading Manager
9 W. 57th Street
New York, NY 10019

Robert A. Simins
20 Zabriskie Terrace
Monsey NY 10952-1913

Jamie A. Simins
20 Zabriskie Terrace
Monsey, NY 10952-1913

Societe General Asset Management Corp.
1221 Avenue of the Americas
New York, NY 10020

Stichting Pensioenfonds Zorg
c/o ABP Investments U
666 Third Avenue
New York, NY 10017

Strategic Opportunity BMO Nesbitt Burns
C/O Adaly
31 W. 52nd Street
New York, NY 10019-6118

Elizabeth A. Mullins
180 Maiden Lane
New York, NY 10038

Systeia Capital Management
C/O Amundi Investments
Calyon Building
1301 Avenue of the Americas
New York, NY 10019

Tensor Opportunity Limited
499 Park Avenue
11th Floor
New York, NY 10022

Carla Leigh Gilespie-Wilson
40 West 57th Street
19th Floor
New York, NY 10019

Abigail Wallach
617 Ventura Blvd
Endwell, NY 13760-2541

MACM 8
320 Park Avenue
New York, NY 10022-6815

Mitsubishi UFJ
1251 Avenue of the Americas
New York, NY 10020

Jerome J. Lawton
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Mutual of America Life Ins.
COA/C Equity-Index Fund
320 Park Avenue
New York, NY 10022-6815

Tribune Co. Com STK Tender Exp
Tensor Opportunity
c/o M. Safra & Co., Inc.
499 Park Avenue
11th Floor
New York, NY 10022

David R. Buchanan
Seeger Weiss LLP
One William Street
Suite 10
New York, NY 10004-2502

Allan S. Sexter
Millenco LLC
666 Fifth Avenue
New York, NY 10103

George A. Zimmerman
Four Times Square
New York, NY 10036

Multi-Strategy Greenock Master Fund Ltd
1450 Broadway
28th Floor
New York, NY 10018-2228

James R. Serritella
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

OC ID-17434050.1

Joseph Cioffi
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Angelo Lewnes
C/O ASB Advisors LLC
1345 Avenue of the Americas
New York, NY 10111

Olga Minkina
The City of New York Law Dept.
100 Church Street
New York, NY 10007

Antoinette W. Blanchette
Office of the Attorney General of the
State of New York
120 Broadway
New York, NY 10271

Daniel Steven Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Mizuho Bank Ltd.
1251 Avenue of the Americas
New York, NY 10020

Neuberger Berman Inc.
605 Third Avenue
New York, NY 10016

Michael A. Cardozo
Corporation Counsel of the City of NY
100 Church Street
New York, NY 10007

Charles Ethan Enloe
Office of the Attorney General
Of the State of New York
120 Broadway
24th Floor
New York, NY 10271

Daniel L. Cantor
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
Suite 33
New York, NY 10036

Michael D. Leffel
Foley & Lardner LLP
Verex Plaza
150 East Gilman Street
P.O. Box 1497
Madison, WI 53701-1497

Mitsubishi UFJ Asset MGMT
c/o Bank of Tokyo-Mitsubishi UFJ Trust Co.
1251 Avenue of the Americas
New York, NY 10020