UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br>                    Plaintiffs, <br><br>     -against- <br><br> ADALY OPPORTUNITY FUND TD SECURITES INC. C/O ADALY INVESTMENT MANAGEMENT CO,, et al., <br><br>                    Defendants. | 11-CV-04784 (RJH) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Robert E. La Blanc, a defendant in the above-captioned action.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       September 20, 2011

                              LAW OFFICE OF DAVID R. LURIE

                              By:  /s/ David R. Lurie_____
                                     David R. Lurie

                              10 East 40th Street
                              Suite 3307
                              New York, New York 10016
                              (347) 651-0194

                              *Attorney for Defendant Robert E. La Blanc*