UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY AMERICAS,
in its capacity as successor indenture trustee for certain
series of Senior Notes, *et al.*,

                                      Plaintiffs,

      -against-

ADALY OPPORTUNITY FUND TD SECURITIES
INC. C/O ADALY, et al.,

                                      Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Civil Action No.: 1:11-CV-4784
                  (RJH)

PLEASE TAKE NOTICE that the undersigned hereby appears as attorneys for the IBEW Local 25 Retirement Funds Master Trust in the above-captioned action, s/h/a IBEW Local 25 Mastertrust Plans, and demands that all notices, pleadings and other papers in this action be served upon the undersigned. I certify that I am admitted to practice in this Honorable Court.

Dated: Melville, New York
         September 21, 2011

                                          Respectfully submitted,

                                          ARCHER, BYINGTON, GLENNON & LEVINE, LLP

                                          By:   /s/ John H. Byington III
                                                John H. Byington III
                                          Attorneys for IBEW Local 25 Master Trust Plans
                                          One Huntington Quadrangle, Suite 4C10
                                          P. O. Box 9064
                                          Melville, New York 11747-9064
                                          (631) 249-6565
                                          jbyington@abgllaw.com

725708