

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, :
In its capacity as successor indenture trustee for certain       Case No. 11 Civ. 4784 (UA)
Series of Senior Notes, *et al.*,                                :

                     Plaintiffs,        :          STIPULATION

     -against-                                                          :

ADALY OPPORTUNITY FUND TD SECURITIES INC. :
C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,
                                                                                        :
                    Defendants.
------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that:

       1.    Defendant Consolidated Edison of NY K801 shall have up to and including October 20, 2011, to respond to the amended complaint, subject to any stay of proceedings which may then be in effect; and

       2.    Electronically transmitted or facsimile signatures on this stipulation shall be deemed as originals for all purposes.

Dated: September 6, 2011

| AKIN GUMP STRAUSS HAUER & FELD LLP | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. |
|---|---|
| By: _____ | By: _____ |
| James P. Chou | Lawrence S. Menkes |
| Christine D. Doniak | 4 Irving Place, Room 1800 |
| One Bryant Park | New York, NY 10003 |
| New York, New York 10036 | (212) 460-2741 |
| (212) 872-1000 | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Consolidated Edison of NY K801* |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 9/21/11

SO ORDERED.

_____
U.S.D.J.

9/19/11