UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS, ) Case No.
in its capacity as successor indenture trustee for certain ) 1:11- cv-04784 (RJH)
Series of Senior Notes, *et al.*, )
) **ORDER FOR**
                           Plaintiffs, ) **ADMISSION**
) ***PRO HAC VICE***
   v. )
)
ADALY OPPORTUNITY FUND TD SECURITIES, INC. )
C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*, )
)
                          Defendants. )
----------------------------------------------------------------------X

Upon the motion of Rachel Sims, Esq., an associate with the law firm of Greenberg Traurig, LLP, counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC, for admission to practice *pro hac vice* in the above-captioned matter, and the Affidavit of Rachel Sims, sworn to September 13, 2011, **IT IS HEREBY ORDERED THAT**:

| | |
|---|---|
| Daniel D. Rubinstein<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>rubinsteind@gtlaw.com | Kevin D. Finger<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>fingerk@gtlaw.com |
| Bevin M. Brennan<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>brennanb@gtlaw.com | Jonathan H. Claydon<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: 312.456.8400<br>Fax: 312.456.8435<br>claydonj@gtlaw.com |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/11

are admitted to practice *pro hac vice*, as counsel for Defendant Citadel Equity Fund LTD / Leeds Mgmt Svcs (Cayman) Ltd. c/o Citadel Investment Group LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 9/19/11

United States District Judge