

RECEIVED SEP 13 2011 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY AMERICAS,
In its capacity as successor indenture trustee for certain
Series of Senior Notes, *et al.*,

                 Plaintiffs,

       -against-

ADALY OPPORTUNITY FUND TD SECURITIES INC.
C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,

                 Defendants.
------------------------------------------------------------X

Case No. 11 Civ. 4784 (UA)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that:

1. Defendant Anchin Block & Anchin LLP shall have up to and including October 20, 2011, to respond to the amended complaint, subject to any stay of proceedings which may then be in effect; and

2. Electronically transmitted or facsimile signatures on this stipulation shall be deemed as originals for all purposes.

Dated: September 7, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
James P. Chou
Christine D. Doniak
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel for Plaintiffs*

VEDDER PRICE P.C.

By: _____
John H. Eickemeyer
1633 Broadway, 47th Floor
New York, NY 10019
(212) 407-7760

*Counsel for Defendant Anchin Block & Anchin LLP*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/11

SO ORDERED:

_____
U.S.D.J.
9/14/11