IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,

Plaintiffs,

vs.

ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY, *et al.*,

Defendants.

Case No. 1:11-cv-04784

## DECLARATION OF STEPHEN J. CIRAMI
### RE: MAILING OF SERVICE DOCUMENTS ON SEPTEMBER 30, 2011

STATE OF NEW YORK   )
                    )
COUNTY OF NASSAU    )

I, Stephen J. Cirami, declare as follows:

1. My name is Stephen J. Cirami. I am over the age of eighteen, am competent to make this declaration, and have personal knowledge of the facts stated herein.

2. I am the Senior Vice President of Operations for GCG, Inc. ("GCG"). Counsel for Plaintiffs retained GCG to assist with, among other things, the service of documents in the above-captioned action (the "Action").

1

3. On September 30, 2011, counsel for Plaintiffs provided GCG with one excel spreadsheet (the "Mailing List"), entitled: Friedman – NY Mailing List 09-30-2011. The Mailing List contained the names and addresses of 55 natural persons or juridical entities. A true and correct copy of the Mailing List is appended hereto as Exhibit A.

4. On September 30, 2011, counsel for Plaintiffs also provided GCG with three PDF documents (collectively, the "Service Documents"), entitled: (A) Notice of Plaintiffs' Amended Motion for Limited Withdrawal and Limited Substitution of Counsel; (B) Declaration of Daniel H. Golden in Support of Plaintiffs' Amended Motion for Limited Withdrawal and Limited Substitution of Counsel; and (C) Proposed Order.

5. On September 30, 2011, GCG caused each of the Service Documents to be printed, postmarked, and mailed via first class mail to each of the persons or juridical entities listed in the Mailing List.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/30/11

By: _____
Stephen J. Cirami

# EXHIBIT A

| Recommended Name | Service Address |
|---|---|
| BELL ATLANTIC MASTER TRUST | BELL ATLANTIC MASTER TRUST<br>c/o ITS TRUSTEE<br>BANK OF NEW YORK MELLON<br>ONE WALL STREET<br>NEW YORK, NY 10286 |
| BANK OF NEW YORK MELLON | Stephen L. Ratner<br>Harry Frischer<br>Daniel Goldberger<br>David S. Mordkoff<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036 |
| BLACKPORT CAPITAL FUND LTD | David N. Wynn<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019 |
| CITADEL EQUITY FUND LTD. | Bevin M. Brennan<br>GREENBERG TRAURIG, LLP.<br>77 West Wacker Drive, Suite 3100, Chicago, IL 60601 |
| LEEDS MANAGEMENT SERVICES (CAYMAN) LTD | LEEDS MANAGEMENT SERVICES (CAYMAN) LTD<br>Waterfront Center, 2nd Floor, 28 North Church Street, P.O. Box 2506 GT<br>George Town, Grand Cayman, KY1-1104, Cayman Islands |
| CITADEL LLC f/k/a CITADEL INVESTMENT GROUP LLC | Bevin M. Brennan<br>GREENBERG TRAURIG, LLP.<br>77 West Wacker Drive, Suite 3100, Chicago, IL 60601 |
| CITI GOLDENTREE, LTD | CITI GOLDRENTREE LTD.<br>ATTN: TRUDI GILLIGAN<br>111 WALL STREET, 17TH FLOOR<br>NEW YORK, NY 10005 |
| GOLDENTREE ASSET MANAGEMENT LP | GOLDENTREE ASSET MANAGEMENT LP<br>300 PARK AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 |
| COMMERZ MARKETS LLC | COMMERZ MARKETS LLC<br>c/o CT CORPORATION SYSTEM<br>111 8TH AVENUE<br>NEW YORK, NY 10011 |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD. | DRAWBRIDGE GLOBAL MACRO MASTER FUND, LTD - K<br>ATTN: EDOUARD CHOUTE<br>1345 AVENUE OF THE AMERICAS, 23RD FLOOR<br>NEW YORK, NY 10105-0200 |
| DRESDNER BANK, AG | DRESDNER BANK, AG<br>2 WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| COMMERZBANK AG | COMMERZBANK AG<br>2 WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |

| | |
|---|---|
| DREYFUS INDEX FUNDS, INC. | Stephen L. Ratner<br>Harry Frischer<br>Daniel Goldberger<br>David S. Mordkoff<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036 |
| DREYFUS S&P 500 STOCK INDEX FUND | Stephen L. Ratner<br>Harry Frischer<br>Daniel Goldberger<br>David S. Mordkoff<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036 |
| FLEXIBLE US EQUITY MANAGERS | FLEXIBLE US EQUITY MANAGERS<br>200 WEST STREET<br>NEW YORK, NEW YORK |
| PORTFOLIO 1 OFFSHORE MASTER LP LSV | PORTFOLIO 1 OFFSHORE MASTER LP LSV<br>200 WEST STREET<br>NEW YORK, NEW YORK |
| FLEXIBLE US EQUITY MANAGERS PORTFOLIO 1 LLC | FLEXIBLE US EQUITY MANAGERS PORTFOLIO 1 LLC<br>c/o GS&CO<br>180 MAIDEN LANE - 37TH FLOOR<br>NEW YORK, NY 10038-4925 |
| FOLKSAMERICA REINSURANCE COMPANY | Jack Yoskowitz<br>Julia C. Spivack<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| GOLDENTREE MASTER FUND II, LTD | GOLDENTREE ASSET MANAGEMENT LP<br>ATTN: PETER ALDERMAN<br>300 PARK AVENUE<br>NEW YORK, NY 10022 |
| GOLDENTREE ASSET MANAGEMENT LP | GOLDENTREE ASSET MANAGEMENT LP<br>300 PARK AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 |
| GOLDENTREE MASTER FUND, LTD | GOLDENTREE MASTER FUND LTD.<br>300 PARK AVENUE 20TH FLOOR, NEW YORK, NY 10022 |
| GOLDENTREE ASSET MANAGEMENT LP | GOLDENTREE ASSET MANAGEMENT LP<br>300 PARK AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 |
| GOLDENTREE MULTISTRATEGY OFFSHORE FUND | GOLDENTREE MULTISTRATEGY OFFSHORE FUND<br>300 PARK AVENUE 20TH FLOOR, NEW YORK, NY 10022 |
| GOLDENTREE MULTISTRATEGY, LTD | GOLDENTREE MULTISTRATEGY, LTD.<br>300 PARK AVENUE 20TH FLOOR, NEW YORK, NY 10022 |
| GOLDENTREE ASSET MANAGEMENT LP | GOLDENTREE ASSET MANAGEMENT LP<br>300 PARK AVENUE 20TH FLOOR<br>NEW YORK, NY 10022 |

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK | Jack Yoskowitz<br>Julia C. Spivack<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| LABRANCHE & CO., LLC | Brett D. Jaffe<br>COHEN & GRESSER, LLP<br>800 Third Avenue, 21ST FL<br>NEW YORK, NY 10022 |
| LABRANCHE STRUCTURED PRODUCTS, LLC | Brett D. Jaffe<br>COHEN & GRESSER, LLP<br>800 Third Avenue, 21ST FL<br>NEW YORK, NY 10022 |
| LOEB ARBITRAGE MANAGEMENT LP | LOEB ARBITRAGE MANAGEMENT LP<br>ATTN: ALEXANDER MCMILLAN<br>61 BROADWAY, 24TH FLOOR<br>NEW YORK, NY 10006 |
| MICHAEL LOEB | LOEB, MICHAEL<br>91 CENTRAL PARK WEST<br>NEW YORK, NY 10023-4609 |
| M&T BANK f/k/a MANUFACTURERS & TRADERS TRUST CO. | MANUFACTURERS & TRADERS TRUST CO.<br>1100 WEHRLE DRIVE, 2ND FL<br>WILLIAMSVILLE, NY 14221 |
| John Doe, as Owner of MERGERS INVESTMENT TRADING ACCOUNT LONG | MERGERS INVTMT TRD A/C LONG ATTN WILL YELSITS RISK ARBITRAGE<br>399 PARK AVENUE, 9TH FL<br>NEW YORK, NY 10022-4614 |
| NEUBERGER BERMAN INC. | NEUBERGER BERMAN INC.<br>605 THIRD AVENUE<br>NEW YORK, NY 10016 |
| MADISON SQUARE LARGE-CAP ENHANCED INDEX FUND LP F/K/A NYLIM LARGE-CAP ENHANCED FUND LP (A/K/A NYLIM–QS LARGE CAP ENHANCED FUND LP) | NYLIM-QS LARGE CAP ENHANCED FUND LP<br>51 MADISON AVENUE<br>SECURITY OFFICE<br>NEW YORK, NY 10010 |
| PACIFIC SELECT | Scott C. Kessenick<br>Gordon Sung<br>DECHERT, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |
| PACIFIC SELECT FUND | Scott C. Kessenick<br>Gordon Sung<br>DECHERT, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |
| CITIGROUP SECURITIES SERVICES, INC. | CITIGROUP SECURITIES SERVICES INC.<br>ATTN PRIME BROKER<br>390 GREENWICH STREET<br>NEW YORK, NY 10013-2375 |

| | |
|---|---|
| CONDOR c/o ROBECO INST ASSET MGMT BV c/o ROBECO INVESTMENT MANAGEMENT | CONDOR<br>c/o ROBECO INST ASSET MGMT BV<br>c/o ROBECO INVESTMENT MANAGEMENT<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 |
| ROBECO INSTITUTIONAL ASSET MANAGEMENT BV | CONDOR<br>c/o ROBECO INVESTMENT MANAGEMENT 909 THIRD AVENUE,<br>NEW YORK, NY 10022 |
| ROBECO INVESTMENT MANAGEMENT | ROBECO INSTITUTIONAL ASSET MANAGEMENT BV<br>c/o ROBECO INVESTMENT MANAGEMENT 909 THIRD AVENUE,<br>NEW YORK, NY 10022 |
| SPEAR LEEDS AND KELLOGG | SPEAR LEEDS AND KELLOGG<br>401 FEDERAL STREET<br>DOVER, DE 19901 |
| STICHTING PENSIOENFONDS ABP | STICHTING PENSIOENFONDS ABP<br>Oude Lindestraat 70<br>6411EJ Heerlen, The Netherlands |
| STICHTING PENSIOENFONDS HOOGOVENS | STICHTING PENSIOENFONDS HOOGOVENS<br>Wijckermolen 202<br>1941JA Beverwijk, The Netherlands |
| STICHTING PENSIOENFONDS OCE | STICHTING PENSIOENFONDS OCE<br>Sint Urbanusweg 43<br>5914CA Venlo, The Netherlands |
| STICHTING PENSIOENFONDS ZORG EN WELZIJN | STICHTING PENSIOENFONDS ZORG EN WELZIJN<br>Utrechtseweg 91<br>3702AA  Zeist<br>The Netherlands |
| STRATEGIC FUNDS, INC. | Stephen L. Ratner<br>Harry Frischer<br>Daniel Goldberger<br>David S. Mordkoff<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036 |
| DREYFUS ACTIVE MIDCAP FUND | DREYFUS ACTIVE MIDCAP FUND<br>200 PARK AVENUE, NEW YORK, NY 10166 |
| DREYFUS/LAUREL FUNDS INC. | Stephen L. Ratner<br>Harry Frischer<br>Daniel Goldberger<br>David S. Mordkoff<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036 |
| DREYFUS BASIC S&P 500 STOCK INDEX FUND | DREYFUS BASIC S&P 500 STOCK INDEX FUND<br>200 PARK AVENUE, NEW YORK, NY 10166 |
| UNIVERSITY OF TORONTO MASTER TRUST | Michael J. McNamara<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| THE BLACKSTONE GROUP LP | THE BLACKSTONE GROUP, LP<br>345 PARK AVENUE<br>NEW YORK, NY 10154 |

| | |
|---|---|
| GOVERNING COUNCIL OF THE UNIVERSITY OF TORONTO | Michael J. McNamara<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| WHITE MOUNTAINS RE BERMUDA,LTD. | Jack Yoskowitz<br>Julia C. Spivack<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| WHITE MOUNTAINS REINSURANCE COMPANY OF AMERICA | Jack Yoskowitz<br>Julia C. Spivack<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| NOMURA SECURITIES INTERNATIONAL, INC. | Michael B. Roth<br>SORIN ROYER COOPER LLC<br>515 Madision Avenue, 13th Floor<br>New York, NY 10022 |