IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,

Plaintiffs,

vs.

ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY, *et al.*,

Defendants.

Case No. 1:11-cv-04784

## DECLARATION OF STEPHEN J. CIRAMI
## RE: MAILING OF SERVICE DOCUMENTS ON SEPTEMBER 26, 2011

STATE OF NEW YORK   )
                    )
COUNTY OF NASSAU    )

I, Stephen J. Cirami, declare as follows:

1. My name is Stephen J. Cirami. I am over the age of eighteen, am competent to make this declaration, and have personal knowledge of the facts stated herein.

2. I am the Senior Vice President of Operations for GCG, Inc. ("GCG"). Counsel for Plaintiffs retained GCG to assist with, among other things, the service of documents in the above-captioned action (the "Action").

3. On September 26, 2011, counsel for Plaintiffs provided GCG with one excel spreadsheet (the "Mailing List"), entitled: Kasowitz – NY Mailing List 09-26-2011. The Mailing List contained the names and addresses of 6 natural persons or juridical entities. A true and correct copy of the Mailing List is appended hereto as Exhibit A.

4. On September 26, 2011, counsel for Plaintiffs also provided GCG with eight PDF documents (collectively, the "Service Documents"), entitled: (A) Notice of Plaintiffs' Motion for (I) Leave to File the Second Amended Complaint and (II) a Sealing Order; (B) Declaration of David M. Zensky in Support of Plaintiffs' Motion for (I) Leave to File the Second Amended Complaint and (II) a Sealing Order; (C) Memorandum of Law in Support of Plaintiffs' Motion for (I) Leave to File the Second Amended Complaint and (II) a Sealing Order; (D) Proposed Order; (E) Notice of Plaintiffs' Motion to Extend Time for Service of Summons and Complaint; (F) Declaration of David M. Zensky in Support of Plaintiffs' Motion to Extend Time for Service of Summons and Complaint; (G) Memorandum of Law in Support of Plaintiffs' Motion to Extend Time for Service of Summons and Complaint; and (H) [Proposed] Order. A true and correct copy of each of the Service Documents is appended hereto as Exhibit B.

5. On September 26, 2011, GCG caused each of the Service Documents to be printed, postmarked, and mailed via first class mail to each of the persons or juridical entities listed in the Mailing List.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/30/11

By: _____
Stephen J. Cirami