UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

DEUTSCHE BANK TRUST
COMPANY, AMERICAS et al.     Plaintiff,

Case No. 1:11-cv-04784-RJH

-against-
ADALY OPPORTUNITY FUND TD
SECURITIES INC., et al.     Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Melanie A. Grossman
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MG – 1982     My State Bar Number is 4635470

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Willkie Farr & Gallagher LLP
            FIRM ADDRESS: 787 Seventh Avenue, New York, NY 10019
            FIRM TELEPHONE NUMBER: 212-728-8000
            FIRM FAX NUMBER: 212-728-8111

NEW FIRM:   FIRM NAME: Cohen & Gresser LLP
            FIRM ADDRESS: 800 Third Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: 212-957-7600
            FIRM FAX NUMBER: 212-957-4514

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 4, 2011

ATTORNEY'S SIGNATURE