UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

DEUTSCHE BANK TRUST COMPANY
AMERICAS, ET AL.                    Plaintiff,

       -against-
ADALY OPPORTUNITY FUND TD
SECURITIES INC. C/O ADALY
INVESTMENT MANAGEMENT CO., ET AL. Defendant.
-------------------------------------------------------

Case No.

11 CV 04784

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X]    I have cases pending        [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael P. Richman
FILL IN ATTORNEY NAME

My SDNY Bar Number is:  MR2224      My State Bar Number is  2004646

I am,

[X]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Foley & Lardner, LLP
               FIRM ADDRESS:  90 Park Avenue, NY, NY 10016
               FIRM TELEPHONE NUMBER:  (212) 682-7474
               FIRM FAX NUMBER:  (212) 687-2329

NEW FIRM:    FIRM NAME:  Patton Boggs LLP
               FIRM ADDRESS:  1185 Avenue of the Americas, 30th Floor, NY, NY 10036
               FIRM TELEPHONE NUMBER:  (646) 557-5100
               FIRM FAX NUMBER:  (646) 557-5101

[X]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated:   October 11, 2011             ___/s/ Michael P. Richman_____
                                     ATTORNEY'S SIGNATURE