UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its
capacity as successor indenture Trustee for certain series of
Senior Notes, *et al*.,

                                        Plaintiffs,          Docket No. 11-cv-4784

                    -against-
                                                             NOTICE OF APPEARANCE

ADALY OPPORTUNITY FUND TD
SECURITIES INC. C/O ADALY INVESTMENT
MANAGEMENT CO., *et al.*,
                                        Defendants.


-------------------------------------------------------------------- x


To the Clerk of this Court and all parties of record:

        PLEASE TAKE NOTICE that I, Olga Minkina, Assistant Corporation Counsel in the

offices of MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby

appear for Defendant New York City Deferred Compensation Plan, and request that copies of all

papers in this action be served upon me at the address stated below.

        I certify that I am admitted to practice in this court.

Dated: New York, New York
        October 14, 2011

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of
                                            the City of New York
                                        Attorney for New York City
                                        Deferred Compensation Plan
                                  By:    ___s/  Olga Minkina_____
                                        Olga Minkina
                                        Assistant Corporation Counsel
                                        100 Church Street
                                        New York, NY 10007
                                        Tel: 212-788-1689
                                        ominkina@law.nyc.gov