| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>Defendants. | No. 1:11-cv-04784 (RJH)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Vincent R. Cappucci, a member of this Court in good standing, respectfully enters his appearance as attorney of record for the following defendants:

CBS Master Trust
Fordham University
Gabelli Funds, Inc. (Gabelli ABC Fund)
Gabelli Funds, Inc. (The Gabelli Asset Fund)
  Bruce M. Alpert
Gabelli Funds, Inc. (The Gabelli Equity Inc. FD)
  Bruce M. Alpert
Gabelli Equity Trust Inc.
Gabelli Global Deal Fund
Gabelli Funds, Inc. (The Gabelli Global Multimed TR)
  Bruce M. Alpert
Gabelli Value Fund, Inc.
Mario J. Gabelli
Mario J. Gabelli Gamco Investors, Inc.
Gabelli Foundation
Gabelli Funds, Inc. (Gabelli) Bruce M. Alpert
GAMCO Asset Management Inc.
Gabelli Funds, Inc. (Gabelli Funds Inc.) Bruce M. Alpert
Gabelli AVG Price 2
Gabelli Securities Inc.
Gabelli & Company Inc.

EC.46567.1

GAMCO Investors, Inc.
Gabelli Funds LLC.

Dated: New York, New York
October 14, 2011

By: /s/ Vincent R. Cappucci
    Vincent R. Cappucci
    Jordan A. Cortez
    ENTWISTLE & CAPPUCCI LLP
    280 Park Avenue, 26th Floor West
    New York, New York 10017
    Telephone: (212) 894-7200
    Facsimile: (212) 894-7272
    Email: vcappucci@entwistle-law.com

*Counsel for CBS Master Trust, Fordham University, Gabelli Funds, Inc. (Gabelli ABC Fund), Gabelli Funds, Inc. (The Gabelli Asset Fund) Bruce M. Alpert, Gabelli Funds, Inc. (The Gabelli Equity Inc. FD) Bruce M. Alpert, Gabelli Equity Trust Inc., Gabelli Global Deal Fund, Gabelli Funds, Inc. (The Gabelli Global Multimed TR) Bruce M. Alpert, Gabelli Value Fund, Inc., Mario J. Gabelli, Mario J. Gabelli Gamco Investors, Inc., Gabelli Foundation, Gabelli Funds, Inc. (Gabelli) Bruce M. Alpert, GAMCO Asset Management Inc., Gabelli Funds, Inc. (Gabelli Funds Inc.) Bruce M. Alpert, Gabelli AVG Price 2, Gabelli Securities Inc., Gabelli & Company Inc., GAMCO Investors, Inc., Gabelli Funds LLC*