UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>                    Defendants. | No. 1:11-cv-04784 (RJH)<br><br>ECF CASE<br><br><u>**NOTICE OF APPEARANCE**</u> |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Vincent R. Cappucci, a member of this Court in good standing, respectfully enters his appearance as attorney of record for the following defendant:

Mid Atlantic Capital Corp.

Dated: New York, New York
       October 14, 2011

By:   /s/ Vincent R. Cappucci
      Vincent R. Cappucci
      Jordan A. Cortez
      ENTWISTLE & CAPPUCCI LLP
      280 Park Avenue, 26th Floor West
      New York, New York 10017
      Telephone: (212) 894-7200
      Facsimile: (212) 894-7272
      Email: vcappucci@entwistle-law.com

      *Counsel for Mid Atlantic Capital Corp.*

EC.46618.1