UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY, *et al.* )<br><br>Defendants. ) | Civil Action No. 11-cv-04784 (RJH) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Allison A. Madan, hereby move this Court for an Order for admission to practice Pro Hac Vice as counsel for Defendant Empire State Carpenters Pension Fund, in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  October 12, 2011

Respectfully submitted,

_____
Allison A. Madan
amadan@slevinhart.com
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, D.C.  20036
(202) 797-8700 (tel)
(202) 234-8231 (fax)

*Counsel for Defendant*
*Empire State Carpenters Pension Fund*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of October, 2011, I filed with the Clerk of the Court's office the *Motion for Admission Pro Hac Vice of Allison A. Madan* and the accompanying *Proposed Order* and that a .PDF copy of the foregoing was sent via electronic mail to the clerk of the court within 24 hours of such filing to be electronically docketed in this action which will then send copies of the foregoing via CM/ECF to all counsel of record.

_____
Allison A. Madan

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.* )))))<br><br>Plaintiffs, )<br><br>) <br>v. )<br>)<br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY, *et al.* ))<br><br>Defendants. )<br>) | Civil Action No. 11-cv-04784 (RJH) |

<u>**ORDER FOR ADMISSION PRO HAC VICE**</u>

The motion of Allison A. Madan, for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

Allison A. Madan
amadan@slevinhart.com
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, D.C.  20036
(202) 797-8700 (tel)
(202) 234-8231 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Empire State Carpenters Pension Fund in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules for this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:_____                                   _____
                                                      United States District/Magistrate Judge

407782v1



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
#### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of

Appeals, do hereby certify that

### ALLISON   ANN   MADAN

was on the _____ 1ST _____ day of _____ FEBRUARY, 1993 _____

duly qualified and admitted as an attorney and counselor entitled to

practice before this Court and is, on the date indicated below, an

active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto   subscribed   my
name and affixed the seal of
this Court at the City of
Washington, D.C., on October
6, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk