```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY             :
AMERICAS, in its capacity as successor indenture :
trustee for certain series of Senior Notes, et al., :
                                        :
                                        :    Civil Action No.:
              Plaintiffs,               :    1:11-CV-4784 (RJH)
                                        :
     vs.                                :
                                        :
ADALY OPPORTUNITY FUND TD               :
SECURITIES INC. C/O ADALY INVESTMENT    :
MANAGEMENT CO., et al.,                 :
                                        :
              Defendants.               :
---------------------------------------------------------------x
```

**LIMITED NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that *General Motors Hourly-Rate Employee Pension Trust* (improperly named as GMIMCO Trust (General Motors) in the Amended Complaint filed by the above-captioned Plaintiffs), without waiving its jurisdictional or other defenses herein, and without waiving any other relief it may be entitled to, hereby appears in the above-captioned case through its counsel, King & Spalding LLP, and demands service of all notices and papers herein upon:

>King & Spalding LLP
>1185 Avenue of the Americas
>New York, New York  10036
>Attn: Arthur Steinberg, Esq.
>E-mail:  asteinberg@kslaw.com
>Attn: Scott Davidson, Esq.
>E-mail:  sdavidson@kslaw.com
>Telephone:  (212) 556-2100
>Facsimile:  (212) 556-2222

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, applications, complaints, and

17520945v1

orders, whether written or oral, formal or informal, however transmitted, related in any way to the above-captioned case.

Dated: October 17, 2011
       New York, New York

                                               KING & SPALDING LLP

                                               By   /s/ Arthur Steinberg
                                                      Arthur Steinberg
                                                      Scott Davidson
                                             1185 Avenue of the Americas
                                             New York, New York 10036-4003
                                             Telephone: (212) 556-2100
                                             Facsimile: (212) 556-2222

                                             *Attorneys for General Motors Hourly-Rate*
                                             *Employee Pension Trust*