UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, in its capacity as successor indenture :
trustee for certain series of Senior Notes, *et al.*, :
: Civil Action No.:
Plaintiffs, : 1:11-CV-4784 (RJH)
:
vs. :
:
ADALY OPPORTUNITY FUND TD :
SECURITIES INC. C/O ADALY INVESTMENT :
MANAGEMENT CO., *et al.*, :
:
Defendants. :
-------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for *General Motors Hourly-Rate Employee Pension Trust* ("**GMHREP Trust**") (improperly named as GMIMCO Trust (General Motors) in the Amended Complaint filed by the above-captioned Plaintiffs), states as follows:

1. GMHREP Trust does not have any parent corporation and no publicly held corporation owns 10% or more of the stock of GMHREP Trust.

2. General Motors LLC is the sponsor of the General Motors Pension Plan for Hourly Employees.

Dated: October 17, 2011
     New York, New York                KING & SPALDING LLP

                                                        By    /s/ Arthur Steinberg
                                                           Arthur Steinberg
                                                           Scott Davidson
                                          1185 Avenue of the Americas
                                          New York, New York 10036-4003
                                          Telephone: (212) 556-2100
                                          Facsimile: (212) 556-2222
                                          *Attorneys for General Motors Hourly-Rate*
                                          *Employee Pension Trust*

17521535v1