UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

DEUTSCHE BANK TRUST COMPANY,  :
AMERICAS, in its capacity as successor indenture  :
trustee for certain series of Senior Notes, LAW  :   Docket No. 11-cv-04784
DEBENTURE TRUST COMPANY OF NEW  :
YORK, in its capacity as successor indenture  :
trustee for certain series of Senior Notes, and  :   **NOTICE OF APPEARANCE**
WILMINGTON TRUST COMPANY, it its  :
capacity as successor indenture trustee for certain  :
series of PHONES Notes  :
   :
                             Plaintiffs,  :
   :
   vs.  :
   :
ADALY OPPORTUNITY FUND TD  :
SECURITIES INC. C/O ADALY INVESTMENT  :
MANAGEMENT CO., *et al.*  :
   :
                            Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X


       PLEASE TAKE NOTE that I, Raymond L. Vandenberg, hereby respectfully enter an appearance for Defendant Instinet, LLC in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

       I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        October 20, 2011

                                   VANDENBERG & FELIU, LLP


                                    /S/ Raymond L. Vandenberg
                                  Raymond L. Vandenberg (RV 3661)
                                  rvandenberg@vanfeliu.com

                                  60 East 42nd Street, 51st Floor
                                  New York, New York 10165
                                  Tel.:  (212) 763-6800
                                  *Attorneys for Defendant Instinet, LLC*