UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, it its capacity as successor indenture trustee for certain series of PHONES Notes,<br><br>      Plaintiffs,<br><br> vs.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>      Defendants. | Docket No. 11-cv-04784<br><br>**RULE 7.1 DISCLOSURE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Instinet, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of defendant, which are publicly held: Nomura Holdings America, Inc.

Dated:  New York, New York
    October 20, 2011

                     VANDENBERG & FELIU, LLP

                      /S/ Raymond L. Vandenberg
                     Raymond L. Vandenberg (RV 3661)

                     60 East 42nd Street, 51st Floor
                     New York, New York 10165
                     Tel.: (212) 763-6800
                     *Attorneys for Defendant Instinet, LLC*