UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
DEEUTSCHE BANK TRUST COMPANY, :
AMERICAS, in its capacity as successor indenture :
trustee for certain series of Senior Notes, LAW : Docket No. 11-cv-04784
DEBENTURE TRUST COMPANY OF NEW :
YORK, in its capacity as successor indenture :
trustee for certain series of Senior Notes, and : **AMENDED RULE 7.1 DISCLOSURE**
WILMINGTON TRUST COMPANY, it its :
capacity as successor indenture trustee for certain :
series of PHONES Notes, :
 :
                     Plaintiffs, :
 :
   vs. :
 :
ADALY OPPORTUNITY FUND TD :
SECURITIES INC. C/O ADALY INVESTMENT :
MANAGEMENT CO., *et al.*, :
 :
                 Defendants. :
------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Instinet, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of defendant, which are publicly held: Nomura Holdings Inc.

Dated:  New York, New York
       October 20, 2011

                                                        VANDENBERG & FELIU, LLP

                                                   /S/ Raymond L. Vandenberg
                                                  Raymond L. Vandenberg (RV 3661)

                                                  60 East 42nd Street, 51st Floor
                                                  New York, New York 10165
                                                  Tel.: (212) 763-6800
                                                  *Attorneys for Defendant Instinet*, *LLC*