IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., et al.,<br><br>Defendants. | Case No. 11 Civ. 4784 (RJH) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties dated October 21, 2011, Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes, hereby dismiss this action without prejudice solely against defendant Anchin Block & Anchin LLP, who has neither moved nor answered.

Dated: October 24, 2011
   New York, New York

                                   Respectfully submitted,


                                   /s/ James P. Chou
                                   David M. Zensky, Esq.
                                   Stephen M. Baldini, Esq.

Mitchell Hurley, Esq.
Deborah J. Newman, Esq.
James P. Chou, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel for Plaintiffs Except With Respect to Claims Asserted Against Defendants by Friedman Kaplan Seiler & Adelman LLP, Kasowitz Benson Torres & Friedman LLP, and Aronauer, Re & Yudell, LLP*

*(Motion for Limited Withdrawal and Substitution Pending)*