IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY, *et al.*,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/25/11<br><br><br>Case No. 1:11-cv-04784 (RJH) |

### ORDER

The Court, having reviewed the Parties' submissions concerning Plaintiffs' Motion for (i) Leave to File the Second Amended Complaint, and (ii) a Sealing Order (the "Motion"), and Plaintiffs having shown good cause for the requested relief, HEREBY ORDERS THAT:

(i) Plaintiffs' Motion is GRANTED and Plaintiffs' SECOND AMENDED COMPLAINT is the operative pleading as to all defendants in the above-captioned case and is deemed filed as of the date of the Motion;

(ii) Plaintiffs are hereby permitted to file under seal in future filings, including in Exhibit A to the Second Amended Complaint, information regarding payments made to defendants in connection with Tribune Company's 2007 leveraged buyout, or information that could establish a link between a party who produced information to the Official Committee of Unsecured Creditors of Tribune Company and a defendant, and to serve individual defendants with redacted

versions of such filings that disclose information relating only to the specific defendants served.

(iii) This order is without prejudice to any party who, once served, seeks to unseal the information subject hereto. Any party may move this Court at any time to vacate or otherwise modify paragraph (ii) of this Order upon notice to Plaintiffs and all other defendants in this action.

IT IS SO ORDERED.

DATED this **24** day of **October**, 2011.

_____
HONORABLE RICHARD J. HOLWELL