UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/11
```

DEUTSCHE BANK TRUST COMPANY        )
AMERICAS, in its capacity as successor  )
indenture trustee for certain series of Senior )
Notes, *et al.*                              )
                                             )
                          Plaintiffs,        )
                                             )   Civil Action No. 11-cv-04784 (RJH)
v.                                           )
                                             )
ADALY OPPORTUNITY FUND TD                    )
SECURITIES INC. C/O ADALY, *et al.*          )
                                             )
                          Defendants.        )
                                             )

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Allison A. Madan, for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

Allison A. Madan
amadan@slevinhart.com
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, D.C. 20036
(202) 797-8700 (tel)
(202) 234-8231 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Empire State Carpenters Pension Fund in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules for this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: 10/14/11

_____
United States District/Magistrate Judge

407782v1