AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Deutsche Bank Trust Company America | ) |
| *Plaintiff* | ) |
| v. | ) |
| Adaly Opportunity Fund TD Securities Inc., et al | ) |
| *Defendant* | ) |

Case No.    11-cv-04784 (RJH)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Blackstone Group LP

Date:    10/26/2011

*Attorney's signature*

David Wynn (DW 8660)
*Printed name and bar number*

1675 Broadway, New York, NY 10019

*Address*

Wynn.David@arentfox.com
*E-mail address*

(212) 484-3900
*Telephone number*

(212) 484-3990
*FAX number*