AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| Deutsche Bank Trust Company America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  11-cv-04784 (RJH) |
| Adaly Opportunity Fund TD Securities Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Blackstone Group LP

Date: 10/26/2011

*Attorney's signature*

Paul Fakler (PF-0249)
*Printed name and bar number*

1675 Broadway, New York, NY 10019

*Address*

fakler.paul@arentfox.com
*E-mail address*

(212) 484-3900
*Telephone number*

(212) 484-3990
*FAX number*