AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Deutsche Bank Trust Company America )<br>*Plaintiff* )<br>v. )<br>Adaly Opportunity Fund TD Securities Inc., et al )<br>*Defendant* ) | Case No.   11-cv-04784 (RJH) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Blackstone Group LP

Date: 10/26/2011

*Attorney's signature*

Mark Angelov, Esq. (MA 5291)
*Printed name and bar number*

1675 Broadway, New York, NY 10019

*Address*

angelov. mark@arentfox.com
*E-mail address*

(212) 484-3900
*Telephone number*

(212) 484-3990
*FAX number*