UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DEUTSCHE BANK TRUST COMPANY AMERICAS, :
in its capacity as successor indenture trustee for certain :
series of Senior Notes, LAW DEBENTURE TRUST :
COMPANY OF NEW YORK, in its capacity as : Case No. 11 Civ. 4784 (RJH)
successor indenture trustee for certain series of Senior :
Notes, and WILMINGTON TRUST COMPANY, in its :
capacity as successor indenture trustee for the PHONES :
Notes, :
:
                Plaintiffs, : **NOTICE OF APPEARANCE**
:
:
                -against- :
:
:
ADALY OPPORTUNITY FUND TD SECURITIES, :
INC. C/O ADALY INVESTMENT MANAGEMENT :
CO., et al., :
:
                Defendants. :
------------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES

        PLEASE TAKE NOTICE that I hereby enter my appearance in this matter on behalf of Defendant Delos Insurance Company (n/k/a Imperium Insurance Company). I certify that I am admitted to practice in this Honorable Court.

New York, New York
October 28, 2011
                              Respectfully submitted,

                              SEWARD & KISSEL LLP

                              By: __s/ Jack Yoskowitz_____
                                    Jack Yoskowitz

                              One Battery Park Plaza
                              New York, New York  10004
                              Tel:  (212) 574-1200
                              Fax: (212) 480-8421

SK 02081 0010 1235957