UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DEUTSCHE BANK TRUST COMPANY AMERICAS, :
in its capacity as successor indenture trustee for certain :
series of Senior Notes, LAW DEBENTURE TRUST :  Case No. 11 Civ. 4784 (RJH)
COMPANY OF NEW YORK, in its capacity as :
successor indenture trustee for certain series of Senior :
Notes, and WILMINGTON TRUST COMPANY, in its :
capacity as successor indenture trustee for the PHONES :
Notes, :
:  **RULE 7.1 STATEMENT**
                      Plaintiffs, :
:
:
                  -against- :
:
:
ADALY OPPORTUNITY FUND TD SECURITIES, :
INC. C/O ADALY INVESTMENT MANAGEMENT :
CO., et al., :
:
                  Defendants. :
------------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Delos Insurance Company (n/k/a Imperium Insurance Company) states that Imperium Insurance Company is a wholly-owned subsidiary of Houston International Insurance Group, Ltd. ("HIIG") and no publicly-traded company owns 10% or more of HIIG's stock.

New York, New York
October 28, 2011                                      SEWARD & KISSEL LLP

                                                      By: __s/ Jack Yoskowitz_____
                                                           Jack Yoskowitz
                                                           Julia C. Spivack
                                                    One Battery Park Plaza
                                                    New York, New York  10004
                                                    (212) 574-1200

SK 02081 0010 1235958