UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

DEUTSCHE BANK TRUST COMPANY, AMERICAS in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for certain series of PHONES Notes,

:
:
:
:
:
:
:
:

11-cv-04784 (RJH)

**NOTICE OF APPEARANCE**

          Plaintiffs,

ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,

          Defendants.

------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned enters an appearance for Tensor Opportunity Limited and M. Safra & Co., Inc., as Defendant in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 28, 2011

                                          FRIED, FRANK, HARRIS, SHRIVER
                                            & JACOBSON LLP

                                            By: /s/ Michael de Leeuw
                                            Michael B. de Leeuw
                                            One New York Plaza
                                            New York, NY 10004
                                            michael.deleeuw@friedfrank.com

                                            *Counsel for Tensor Opportunity Limited*
                                            *and M. Safra & Co., Inc.*

8374234