UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, AMERICAS in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for certain series of PHONES Notes,<br>       Plaintiffs,<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br>       Defendants. | 11-cv-04784 (RJH)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

------------------------------------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned counsel for Defendant Tensor Opportunity Limited ("Tensor") and M. Safra & Co., Inc. ("M. Safra") states that Tensor is a family owned investment fund with no third party investors, M. Safra is a family owned investment manager with no third party investors and no third party owns any stock in Tensor or M. Safra.

Dated: New York, New York
    October 28, 2011

                    FRIED, FRANK, HARRIS, SHRIVER
                      & JACOBSON LLP

                    By: /s/ Michael de Leeuw
                    Michael B. de Leeuw
                    One New York Plaza
                    New York, NY 10004
                    michael.deleeuw@friedfrank.com

                    *Counsel for Tensor Opportunity Limited and M. Safra & Co., Inc.*

8397984