UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DEUTSCHE BANK TRUST COMPANY, AMERICAS :
in its capacity as successor indenture trustee for certain :
series of Senior Notes, LAW DEBENTURE TRUST :
COMPANY OF NEW YORK, in its capacity as successor :    11-cv-04784 (RJH)
indenture trustee for certain series of Senior Notes, and :
WILMINGTON TRUST COMPANY, in its capacity as :
successor indenture trustee for certain series of PHONES :    **NOTICE OF**
Notes, :    **APPEARANCE**
                Plaintiffs, :
                                                       :
ADALY OPPORTUNITY FUND TD SECURITIES :
INC. C/O ADALY INVESTMENT MANAGEMENT :
CO., *et al.*, :
                                                       :
                Defendants. :
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned enters an appearance for DBSO Securities Ltd, Drawbridge Global Macro ("Drawbridge"), as Defendant in the above-captioned action. I certify that I am admitted to practice in this Court.


Dated: New York, New York
        October 28, 2011

                                            FRIED, FRANK, HARRIS, SHRIVER
                                              & JACOBSON LLP

                                              By:  /s/ Michael B. de Leeuw

                                              Michael B. de Leeuw
                                              One New York Plaza
                                              New York, NY 10004
                                              michael.deleeuw@friedfrank.com

                                              *Counsel for DBSO Securities Ltd,*
                                              *Drawbridge Global Macro*