UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DEEUTSCHE BANK TRUST COMPANY, AMERICAS :
in its capacity as successor indenture trustee for certain :
series of Senior Notes, LAW DEBENTURE TRUST :
COMPANY OF NEW YORK, in its capacity as successor :     11-cv-04784 (RJH)
indenture trustee for certain series of Senior Notes, and :
WILMINGTON TRUST COMPANY, in its capacity as :
successor indenture trustee for certain series of PHONES :     **RULE 7.1 CORPORATE**
Notes,   :     **DISCLOSURE**
                  Plaintiffs,   :     **STATEMENT**
  :
ADALY OPPORTUNITY FUND TD SECURITIES :
INC. C/O ADALY INVESTMENT MANAGEMENT :
CO., *et al.*,   :
  :
               Defendants.   :
------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned counsel for Defendant DBSO Securities Ltd, Drawbridge Global Macro ("Drawbridge") states that Drawbridge does not have any parent corporation and no publicly held corporation owns 10% or more of the stock of Drawbridge.

Dated: New York, New York
       October 28, 2011

                                                FRIED, FRANK, HARRIS, SHRIVER
                                                 &amp; JACOBSON LLP

                                                By: /s/ Michael de Leeuw
                                                Michael B. de Leeuw
                                                One New York Plaza
                                                New York, NY 10004
                                                michael.deleeuw@friedfrank.com

                                                *Counsel for DBSO Securities Ltd,*
                                                *Drawbridge Global Macro*

8397994