IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture for certain trustee for certain series of Senior Notes, *et al.*, | Case No. 1:11-CV-04784 (RJH) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| ADALY OPPORTUNITY FUND TD SECURITIES INC., et al., | |
| Defendants. | |

---------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel of record on behalf of the defendant Fierstein Company in the above entitled action, and all papers and documents required to be served in this action upon said defendant shall be served upon the undersigned.

Dated: Yonkers, New York
       October 28, 2011

                                           VENERUSO, CURTO, SCHWARTZ
                                           & CURTO, LLP

By:   /s/ Stephen J. Brown_____
         Stephen J. Brown
         Veneruso, Curto, Schwartz & Curto, LLP
         The Hudson Valley Bank Building
         35 East Grassy Sprain Road, Suite 400
         Yonkers, New York 10710
         (914) 779-1100
         sbrown@vcsclaw.com

*Attorneys for Defendant Fierstein Company*