UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,

        Plaintiffs,

  v.

ADALY OPPORTUNITY FUND TD
SECURITIES, INC., et al.,

        Defendants.
_____

Case No. 1:11-cv-04784-RJH

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, Scott C. Kessenick of DECHERT LLP, hereby enter my appearance as counsel of record for Defendant Clearwater Investment Trust in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
        November 4, 2011        Respectfully,

                                            /s/ Scott C. Kessenick
                                          Scott C. Kessenick (I.D. No. SK1984)
                                          DECHERT LLP
                                          1095 Avenue of the Americas
                                          New York, New York  10036-6797
                                          Telephone:   (212) 698-3500
                                          Facsimile:    (212) 698-3599
                                          Email:        scott.kessenick@dechert.com

                                          *Counsel for Defendant Clearwater Investment Trust*

**CERTIFICATE OF SERVICE**

I, Scott C. Kessenick, hereby certify that on November 4, 2011, I caused the foregoing Notice of Appearance to be electronically served via the Court's CM/ECF system upon all counsel of record.

/s/ Scott C. Kessenick