UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST CO. AMERICAS, et al.,        Plaintiff, <br><br> -v- <br><br> ADALY OPPORTUNITY FUND TD SECURITIES, INC., et al.,        Defendant. | Case No. 11-cv-04784 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Clearwater Investment Trust__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Clearwater Investment Trust is a registered investment company with no publicly held corporate parent, affiliate or subsidiary.

Date: November 4, 2011

Signature of Attorney

Attorney Bar Code: SK1984

## CERTIFICATE OF SERVICE

I, Scott C. Kessenick, hereby certify that on November 4, 2011, I caused the foregoing Rule 7.1 Statement to be electronically served via the Court's CM/ECF system upon all counsel of record.

/s/ Scott C. Kessenick