UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

DEUTSHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,

          Plaintiffs,

-against-

ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,

          Defendants.

------------------------------------------------------------------- x

Case No. 1:11-cv-04784-RJH

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Investment Technology Group, Inc. (sued as Investment Tech Group, Inc.) and ITG Inc. in the above-captioned action. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings and other documents served or filed in this case be served upon the address set forth below.

Dated: November 8, 2011

          /s/ Daniel H. Tabak
          Daniel H. Tabak
          COHEN & GRESSER LLP
          800 Third Avenue
          New York, NY 10022
          Phone: (212) 957-7600
          Fax: (212) 957-4514
          Email: dtabak@cohengresser.com

*Counsel for Defendants Investment Technology Group, Inc. and ITG Inc.*