UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
DEUTSHE BANK TRUST COMPANY :
AMERICAS, in its capacity as successor indenture :
trustee for certain series of Senior Notes, *et al*., :
    :
                          Plaintiffs, : Case No. 1:11-cv-04784-RJH
    :
      -against- :
    : **RULE 7.1 DISCLOSURE STATEMENT**
ADALY OPPORTUNITY FUND TD SECURITIES :
INC. C/O ADALY INVESTMENT MANAGEMENT :
CO., *et al*., :
    :
                          Defendants. :
---------------------------------------------------------------------- x

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Investment Technology Group, Inc. and ITG Inc. certifies the following:

      ITG Inc. is wholly-owned by Investment Technology Group, Inc., a publicly-owned corporation. No publicly-owned corporation owns more than 10% of the stock of Investment Technology Group, Inc.

Dated: November 8, 2011

                                                                    /s/ Daniel H. Tabak
                                                                    Daniel H. Tabak
                                                                    Donald M. Badaczewski
                                                                    COHEN & GRESSER LLP
                                                                    800 Third Avenue
                                                                    New York, NY 10022
                                                                    Phone: (212) 957-7600
                                                                    Fax: (212) 957-4514
                                                                    Email: dtabak@cohengresser.com
                                                                              dbadaczewski@cohengresser.com

                                                                    *Counsel for Defendants Investment*
                                                                    *Technology Group, Inc. and ITG Inc.*