UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DEUTSHE BANK TRUST COMPANY  :
AMERICAS, in its capacity as successor indenture  :
trustee for certain series of Senior Notes, *et al.*,  :
   :
        Plaintiffs,  : Case No. 1:11-cv-04784-RJH
   :
   -against-  :
   : **NOTICE OF APPEARANCE**
ADALY OPPORTUNITY FUND TD SECURITIES  :
INC. C/O ADALY INVESTMENT MANAGEMENT  :
CO., *et al.*,  :
   :
        Defendants.  :
------------------------------------------------------------------- x

  PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Investment Technology Group, Inc. (sued as Investment Tech Group, Inc.) and ITG Inc. in the above-captioned action.  I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings and other documents served or filed in this case be served upon the address set forth below.

Dated:  November 8, 2011

         /s/ Donald M. Badaczewski
        Donald M. Badaczewski
        COHEN & GRESSER LLP
        800 Third Avenue
        New York, NY 10022
        Phone:  (212) 957-7600
        Fax:  (212) 957-4514
        Email: dbadaczewski@cohengresser.com

        *Counsel for Defendants Investment*
        *Technology Group, Inc. and ITG Inc.*