AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| DEUTSCHE BANK TRUST COMPANY AMERICAS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:11-cv-04784-RJH |
| ADALY OPPORTUNITY FUND TD SECS INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JAMES P. O'SHAUGHNESSY and O'SHAUGHNESSY ASSET MANAGEMENT, LLC.

Date: 11/12/2011

/HILARY B. MILLER/
*Attorney's signature*

HILARY B. MILLER - HM-4041
*Printed name and bar number*

500 West Putnam Avenue - Suite 400
Greenwich, CT 06830-6096

*Address*

hilary@miller.net
*E-mail address*

(203) 399-1320
*Telephone number*

(914) 206-3727
*FAX number*