UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, ET AL.,<br><br>*Plaintiffs,*<br><br>– *against* –<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT COMPANY, ET AL.<br><br>*Defendants.* | 11 Civ. 4784 (RJH)<br><br>(ECF Case)<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to Rule 7.1, Fed. R. Civ. P., and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants James P. O'Shaughnessy and O'Shaughnessy Asset Management, LLC (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

                    Royal Bank of Canada
                     Royal Bank Plaza
              Toronto, Ontario M5J 2J5
                        CANADA

Dated: Greenwich, Connecticut
       November 12, 2011

                                  _____
                                      HILARY B. MILLER (HM-4041)
                                  500 West Putnam Avenue — Suite 400
                                   Greenwich, Connecticut 06830-6096
                                            (203) 399-1320
                                          hilary@miller.net

                                         *Attorney for Defendants*
                                     *James P. O'Shaughnessy and*
                                  *O'Shaughnessy Asset Management, LLC*


C:\Users\Hilary B. Miller\Documents\Documents\O'Shaughnessy\Deutsche Bank\003 Rule 7.1 statement.doc (November 12, 2011 at 17:28:00 Rev. 6)