AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| DEUTSCHE BANK TRUST COMPANY AMERICAS | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:11-CV-04784-RJH |
| ADLAY OPPORTUNITY FUND TD SECS INC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FREDRIC LEVENSON and DOROTHY A. LEVENSON

Date:   11/14/2011

s/ RALPH G. REISER
*Attorney's signature*

RALPH G. REISER, ESQ (RR6700)
*Printed name and bar number*

3 WALNUT DRIVE
PO BOX 171
SYOSSET, NY 11791
*Address*

REISERLAW@AOL.COM
*E-mail address*

(516) 496-9745
*Telephone number*

(516) 496-9754
*FAX number*