UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain Series of Senior Notes, *et al.*,<br><br>     Plaintiffs,<br> v.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>     Defendants. | Case No. 1:11-CV-4784 (RJH)<br><br>**NOTICE OF APPEARANCE** |

  Please enter the appearance of Celia Goldwag Barenholtz, of Cooley LLP, on behalf of Defendant Hypo Real Estate Bank International in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: November 14, 2011
   New York, NY

Respectfully submitted,

/s/ Celia Goldwag Barenholtz
Celia Goldwag Barenholtz (CGB-9126)
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 479-6000
Fax: (212)479-6275
cbarenholtz@cooley.com