UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain Series of Senior Notes, *et al.*,<br><br>      Plaintiffs,<br>  v.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>      Defendants. | Case No. 1:11-CV-4784 (RJH)<br><br>**NOTICE OF APPEARANCE** |

  Please enter the appearance of Rachel B. Kane, of Cooley LLP, on behalf of Defendant Hypo Real Estate Bank International in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: November 14, 2011  
   New York, NY

Respectfully submitted,

/s/ Rachel B. Kane_____  
Rachel B. Kane (RK-5559)  
COOLEY LLP  
1114 Avenue of the Americas  
New York, NY 10036  
Tel.: (212) 479-6000  
Fax: (212)479-6275  
rkane@cooley.com