UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain Series of Senior Notes, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:11-CV-4784 (RJH)<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Hypo Real Estate Bank International (a private non-governmental party) certifies that the successor to Hypo Real Estate Bank International has been merged into DEPFA Bank plc and that:

　　(1) the parent corporation of DEPFA Bank plc is Hypo Real Estate Holding AG; and

　　(2) no publicly held corporation owns more than 10% of the stock of DEPFA Bank plc.

Dated: November 14, 2011
　　　　New York, NY

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ Rachel B. Kane
　　　　　　　　　　　　Celia Goldwag Barenholtz (CGB-9126)
　　　　　　　　　　　　Rachel B. Kane (RK-5559)
　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　Tel.: (212) 479-6000
　　　　　　　　　　　　Fax: (212)479-6275
　　　　　　　　　　　　cbarenholtz@cooley.com
　　　　　　　　　　　　rkane@cooley.com