RECEIVED

OCT 25 2011

CHAMBERS OF
RICHARD J. HOWELL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY AMERICAS, in
its capacity as successor indenture trustee for certain series
of Senior Notes, et al.

Plaintiffs,

vs.

ADALY OPPORTUNITY FUND TD SECURITIES INC.
C/O ADALY INVESTMENT MANAGEMENT CO., et
al.,

Defendants.

Case No. 11 Civ. 4784 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/11

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and

limitations of a stipulation between the parties dated October 21, 2011, Plaintiffs Deutsche Bank

Trust Company Americas, in its capacity as successor indenture trustee for a certain series of

Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture

trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as

successor indenture trustee for the PHONES notes, hereby dismiss this action without prejudice

solely against defendant Anchin Block & Anchin LLP, who has neither moved nor answered.

Dated: October 24, 2011
          New York, New York

Respectfully submitted,

SO ORDERED

_____
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
11/16/11

/s/ James P. Chou
David M. Zensky, Esq.
Stephen M. Baldini, Esq.