UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al

INDEX#: 1:11-CV-04784-RJH

against

**Plaintiff(s)**

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

**Defendant(s)**

## AFFIDAVIT OF SERVICE

State of New York   }
County of New York  }  ss.:

The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in Wheatley Heights, New York

That on **11/14/2011** at **10:28 AM** at **167 Brooklyn Avenue , Huntington , NY 11743**
deponent served a(n) **Summons in a Civil Action and Second Amended Complaint, New York Amended Exhibit A**
on **Violet Payne** defendant therein named,
by delivering thereat a true copy of each to **Leslie Payne (Husband)**, a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's last known residence at **167 Brooklyn Avenue, Huntington, NY  11743** and deposited said envelope in an offical depository under the exclusive care and custody of the U.S. Postal Service within New York State.
Mailed Copy on  **11/17/2011**  at **1:17 PM**

Description of Person Served:
Gender: Male
Skin:  Black
Hair: Gray
Age: 65
Height: 5ft9in-6ft0in
Weight:161-200 Lbs.
Other:

MILITARY SERVICE:  Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
17th day of November, 2011

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

_____
Russell Webb
License No.1216146

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279