UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al

INDEX#: 1:11-CV-04784-RJH

against

*Plaintiff(s)*

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

*Defendant(s)*

# AFFIDAVIT OF SERVICE

State of Connecticut }
County of Hartford  } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Connecticut

That on **11/9/2011** at **12:30 PM** at **80 Lamberton Road, Windsor, Ct 06095**

deponent served a(n) **Summons In A Civil Action And Second Amended Complaint, New York Amended Exhibit A**

on **SS&C Technologies Holdings Inc.** a domestic corporation,

by delivering thereat a true copy to **Stephen V.r. Whitman** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual

to be **Senior Vice President And General Counsel** thereof.


Description of Person Served:

Gender : Male
Skin :  Black
Hair : Gray
Age : 51 - 65 Yrs.
Height : Over 6'
Weight : Over 200 Lbs.
Other : Balding


Sworn to before me this 14/11/11

Michael Walton