UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DEUTSCHE BANK TRUST COMPANY,
AMERICAS, in its capacity as successor indenture
trustee for certain series of Senior Notes, *et al*

                    Plaintiffs,

           v.

ADALY OPPORTUNITY FUND TD
SECURITIES INC. C/O ADALY INVESTMENT
MANAGEMENT CO., *et al*.

                    Defendants.
------------------------------------------------------------- X

Docket No. 11-cv-4784 (RJH)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NEW EAGLE HOLDINGS LLC

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant New Eagle Holdings LLC (also sued as "New Eagle Holdings LLC Risk Arbitrage") states as follows:

      New Eagle Holdings LLC has no parent corporation.  No publicly-held company owns ten percent (10%) or more of its stock.

Dated:  November 23, 2011          Respectfully Submitted,

                                       PROSKAUER ROSE LLP

                                       By:  /s/ Stephen L. Ratner
                                       Stephen L. Ratner
                                       Eleven Times Square
                                       New York, New York 10036
                                       (212) 969-3000
                                       Fax: (212) 969-2900
                                       sratner@proskauer.com
                                       *Counsel for Defendant New Eagle Holdings LLC*