UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEUTSCHE BANK TRUST COMPANY,
AMERICAS, in its capacity as successor indenture
trustee for certain series of Senior Notes, *et al*

               Plaintiffs,

    v.

ADALY OPPORTUNITY FUND TD
SECURITIES INC. C/O ADALY INVESTMENT
MANAGEMENT CO., *et al*.

              Defendants.

------------------------------------------------------------X

Docket No. 11-cv-4784 (RJH)

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## IOLAIRE INVESTORS LLP

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant Iolaire Investors LLP (also sued as "Iolaire Investors LLP c/o ASB Advisors LLC")

states as follows:

        Iolaire Investors LLP has no parent corporation.  No publicly-held company owns ten

percent (10%) or more of its stock.

Dated:  November 23, 2011

                      Respectfully Submitted,

                      PROSKAUER ROSE LLP

                      By:  /s/ Stephen L. Ratner
                      Stephen L. Ratner
                      Eleven Times Square
                      New York, New York 10036
                      (212) 969-3000
                      Fax: (212) 969-2900
                      sratner@proskauer.com
                      *Counsel for Defendant Iolaire Investors LLP*