UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DEUTSCHE BANK TRUST COMPANY,
AMERICAS, in its capacity as successor indenture
trustee for certain series of Senior Notes, *et al*

      Plaintiffs,

  v.

ADALY OPPORTUNITY FUND TD
SECURITIES INC. C/O ADALY INVESTMENT
MANAGEMENT CO., *et al*.

      Defendants.
------------------------------------------------------------- X

Docket No. 11-cv-4784 (RJH)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this case on behalf of Defendant New Eagle Holdings LLC.  I certify that I am admitted to practice in this Court.

Dated:  November 23, 2011    Respectfully Submitted,

             PROSKAUER ROSE LLP

             By:  /s/ Harry Frischer
             Harry Frischer
             Eleven Times Square
             New York, New York 10036
             (212) 969-3000
             Fax: (212) 969-2900
             hfrischer@proskauer.com
             *Counsel for Defendant New Eagle Holdings LLC*