UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al*<br><br>         Plaintiffs,<br><br>v.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al*.<br><br>         Defendants. | Docket No. 11-cv-4784 (RJH)<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this case on behalf of Defendant New Eagle Holdings LLC.  I certify that I am admitted to practice in this Court.

Dated:  November 23, 2011                    Respectfully Submitted,

                                                                PROSKAUER ROSE LLP

                                                                By:  /s/ David S. Mordkoff
                                                                David S. Mordkoff
                                                                Eleven Times Square
                                                                New York, New York 10036
                                                                (212) 969-3000
                                                                Fax: (212) 969-2900
                                                                dmordkoff@proskauer.com
                                                                *Counsel for Defendant New Eagle Holdings LLC*