AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Deutsche Bank Trust Company Americas, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-04784-RJH |
| Adaly Opportunity Fund TD Securities, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harvey Bookman

Date: 11/28/2011

*Attorney's signature*

Jeffrey Hellman - jh8874
*Printed name and bar number*

Zeisler & Zeisler, P.C
558 Clinton Avenue
Bridgeport, CT 06605

*Address*

jhellman@zeislaw.com
*E-mail address*

(203) 368-4234
*Telephone number*

(203) 549-0924
*FAX number*