UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :

DEUTSCHE BANK TRUST COMPANY       :
AMERICAS, in its capacity as successor      :
Indenture trustee for certain series of Senior   :
Notes, *et al.*,                                 :
                                              :
           Plaintiffs,               :     Case No. 1:11-cv-04784 (RJH)
                                              :
           v.                       :     **<u>NOTICE OF APPEARANCE</u>**
                                              :
ADALY OPPORTUNITY FUND TD         :
SECURITIES INC. C/O ADALY, *et al.*,     :
                                              :
           Defendants.           :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          PLEASE TAKE NOTICE that the undersigned, of the law firm of Sullivan &

Cromwell LLP, is hereby entering an appearance as counsel on behalf of defendant

TowerView LLC in the above-captioned action.  I certify that I am admitted to practice in this

Court and hereby request that all notices, pleadings and other documents served or filed in this

case be served at the address set forth below.

Dated:  New York, New York
        November 29, 2011

                                    By:   */s/ Stephanie G. Wheeler*
                                         Stephanie G. Wheeler
                                         SULLIVAN & CROMWELL LLP
                                         125 Broad Street
                                         New York, New York 10004
                                         wheelers@sullcrom.com
                                         Telephone:    (212) 558-7384
                                         Facsimile:     (212) 291-9166
                                         *Counsel for Defendant TowerView LLC*