UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al | INDEX#: 1:11-CV-04784-RJH |

against  **Plaintiff(s)**

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

**Defendant(s)**

# AFFIDAVIT OF SERVICE

State of New York   }
County of New York  } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **11/16/2011** at **2:32 PM** at **3 World Financial Center, New York, New York  10281**

deponent served a(n) **Summons In A Civil Action, Second Amended Complaint, New York Amended Exhibit A**

on **Royal Bank Of Canada**,

defendant therein named, a domestic corporation by delivering thereat a true copy to **Jessica Torres** personally,

deponent knew said corporation so served to be the corporation described in said douments as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin :  White
Hair : Black
Age : 22 - 35 Yrs.
Height : 5ft4in-5ft8in
Weight :131-160 lbs
Other :

Sworn to before me this
18th day of November, 2011

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Juan Aguirre
License No.843839

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279