UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al | INDEX#: 1:11-CV-04784-RJH |

**Plaintiff(s)**

against

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

**Defendant(s)**

## AFFIDAVIT OF SERVICE

State of New York   }
County of New York  } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Kendall Park, New Jersey

That on **11/16/2011** at **9:50 AM** at **731 Alexander Road, Princeton, NJ 08540**

deponent served a(n) **Summons in a Civil Action and Second Amended Complaint, New York Amended Exhibit A**

on **Caxton Associates LP**,

defendant therein named, a domestic corporation by delivering thereat a true copy to **Fred Kiesche** personally,

deponent knew said corporation so served to be the corporation described in said douments as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Brown
Age : 55
Height : 5ft9in-6ft0in
Weight : Over 200 lbs
Other : Glasses

Sworn to before me this
17th day of November, 2011

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Adriano Gines
License No.845419