UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al

INDEX#: 1:11-CV-04784-RJH

against

**Plaintiff(s)**

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

**Defendant(s)**

## AFFIDAVIT OF SERVICE

State of New York   }
County of New York  }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **11/16/2011** at **1:00 PM** at **355 Lexington Avenue, New York, NY**

deponent served a(n) **Summons In A Civil Action, Second Amended Complaint, New York Amended Exhibit A**

on **Charles Pratt & Company LLC**, defendant therein named, a Limited Liability Company,

by delivering thereat a true copy to **Carmela Puydak** personally,

deponent knew said company so served to be the company described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 63
Height : 5ft4in-5ft8in
Weight : 131-160 lbs
Other : Glasses

Sworn to before me this
18th day of November, 2011

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Juan Aguirre
License No. 843839

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279