UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al

INDEX#: 1:11-CV-04784-RJH

against

Plaintiff(s)

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

Defendant(s)

# AFFIDAVIT OF SERVICE

State of New York  }
County of Saratoga } ss.:

The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the state of New York

That on 11/17/2011 at 1:20 PM at 1010 Catherine Woods Drive, Niskayuna, NY 12309
deponent served a(n) **Summons in a Civil Action, Second Amended Complaint and New York Amended Exhibit A**

on **Binhua Mao** defendant therein named,
by delivering thereat a true copy of each to **HongJuan Yan (Mother-In-Law/Co-Resident)**, a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's last known residence at **1010 Catherine Woods Drive, Niskayuna, NY 12309** and deposited said envelope in an offical depository under the exclusive care and custody of the U.S. Postal Service within New York State.
Mailed Copy on 11/17/2011 at **1:48 PM**

Description of Person Served:
Gender: Female
Skin: Yellow
Hair: Black/Gray
Age: 51 - 65 Yrs.
Height: 5' 0" - 5' 3"
Weight: 100-130 Lbs.
Other:

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this 22rd of November 2011

Mark E. McClosky
Notary Public, State of New York
Qualified in Schenectady County
No. 01MC6042335
Commission Expires May 22, 2014

Stephen Moeske

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279