UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas, in its capacity as successor
indenture trustee for certain of Senior notes, et al

INDEX#: 1:11-CV-04784-RJH

*Plaintiff(s)*

against

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management
Co.,

*Defendant(s)*

# AFFIDAVIT OF SERVICE

Washington, D.C. } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Washington, D.C.

That on **11/17/2011** at **2:39 PM** at **100 East Pratt Street, Baltimore, MD  21202**

deponent served a(n) **Summons in a Civil Action, Second Amended Complaint and New York Amended Exhibit A**

on **T. Rowe Price Mid-Cap Value Fund Inc.,**

defendant therein named, a domestic corporation by delivering thereat a true copy to **Patricia Gray** personally,

deponent knew said corporation so served to be the corporation described in said douments as said defendant and knew said
individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin :  Brown
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this  21 November 2011

Notary Public
Keisha Brothers
Notary Public Washington, D.C.
Comm Exp. 2/14/2016

Daniel Williams