UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al

INDEX#: 1:11-CV-04784-RJH

against

Plaintiff(s)

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

Defendant(s)

# AFFIDAVIT OF SERVICE

State of New York }
County of Ulster } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York

That on **11/18/2011** at **7:23 AM** at **4 Tappen Place, Rhinebeck, NY 12572**

deponent served a(n) **Summons in a Civil Action, Second Amended Complaint and New York Amended Exhibit A**

on **Paul Pai & Helena Pai Joint Tenant,**
**By Serving Paul Pai** defendant therein named,

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: Brown
Hair: Black
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this 22nd day of Nov., 2011

KIM F. LETUS
NOTARY PUBLIC
STATE OF NEW YORK
QUALIFIED IN ULSTER COUNTY
COMM. EXPIRES MARCH 30, 2015

George Walczak