Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al

INDEX#: 1:11-CV-04784-RJH

against

Plaintiff(s)

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

Defendant(s)

## AFFIDAVIT OF SERVICE

State of New York }
County of Ulster } ss.:

The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the state of New York

That on **11/18/2011** at **7:23 AM** at **4 Tappen Place, Rhinebeck, NY 12572**
deponent served a(n) **Summons in a Civil Action, Second Amended Complaint and New York Amended Exhibit A**

on **Helena Pai** defendant therein named,
by delivering thereat a true copy of each to **Paul Pai (Spouse)**, a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Description of Person Served:
Gender: Male
Skin: Brown
Hair: Black
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this 22nd day of Nov., 2011

KIM F. LETUS
NOTARY PUBLIC
STATE OF NEW YORK
QUALIFIED IN ULSTER COUNTY
COMM. EXPIRES MARCH 30, 2015

George Walczak

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   Index No.: 1:11-CV-04784-RJH
Deutsche Bank Trust Company Americas, in its
capacity as successor indenture trustee for certain
of Senior notes, et al.,
                                                      Plaintiff,

                   - against –                                     AFFIDAVIT OF MAILING

Adaly Opportunity Fund TD Securities Inc.
c/o Adaly Investment Management Co.,

                                         Defendant

-----------------------------------------------------------------x

STATE OF NEW YORK)
       ss.:)
COUNTY OF NEW YORK)

       I, Maria Figueroa, being duly sworn depose and state that I am not a party in this action and I am over the age of eighteen years.

       At the request of the law firm of Akin Gump Strauss Hauer & Feld LLP, Serving by Irving was asked to serve a Summons In A Civil Action, Second Amended Complaint and New York Amended Exhibit A upon Helena Pai.

       On November 22, 2011, in order to complete service pursuant to CPLR 308(2), deponent mailed a true copy of a Summons In A Civil Action, Second Amended Complaint and New York Amended Exhibit A by delivering and leaving the same, enclosed in a sealed, first class post paid envelope properly addressed to Helena Pai at 4 Tappen Place, Rhinebeck, New York 12572 in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                                                 */s/ Maria Figueroa*
                                                                                MARIA FIGUEROA

Sworn to before me this
23rd day of November, 2011

JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #01DI4977768
COMMISSION EXPIRES 2/11/2015

*/s/* Notary Public