UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al | INDEX#: 1:11-CV-04784-RJH |

against                                    *Plaintiff(s)*

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

*Defendant(s)*

# AFFIDAVIT OF SERVICE

State of New York          }
County of New York       }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in  Kendall Park , New Jersey

That on **11/19/2011** at **8:53 AM** at **100 Woodland Avenue, Summit, NJ**

deponent served a(n) **Summons in a Civil Action and Second Amended Complaint, New York Amended Exhibit A**

on **Multi-Strategy Greenock Master Fund Ltd.**,

defendant therein named, a domestic corporation by delivering thereat a true copy to **Christopher John Innes** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
23th day of November, 2011

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

--------------------------------------
Adriano Gines
License No.845419