UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain of Senior notes, et al

INDEX#: 1:11-CV-04784-RJH

against

**Plaintiff(s)**

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

**Defendant(s)**

## AFFIDAVIT OF SERVICE

State of New York   }
County of New York  }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Kendall Park, New Jersey

That on **11/19/2011** at **8:53 AM** at **100 Woodland Avenue, Summit, NJ**

deponent served a(n) **Summons in a Civil Action and Second Amended Complaint, New York Amended Exhibit A**

on **Greenock Multi-Strategy Master Fund, Ltd.**,

defendant therein named, a domestic corporation by delivering thereat a true copy to **Christopher John Innes** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5ft9in-6ft0in
Weight : 161-200 Lbs.
Other :

Sworn to before me this
22th day of November, 2011

NOTARY PUBLIC
HE YI WENG
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY COUNTY
LIC. # 01WE6178606
COMM EXP. DEC. 03, 2011

Adriano Gines
License No.845419