UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al*.<br><br>             Plaintiffs,<br><br>         v.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.,*<br><br>             Defendants. | Case No. 1:11-cv-04784-RJH |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of defendants Stichting Pensioenfonds ABP and ABP Investments US, Inc.  This Entry of Appearance is made without prejudice to any motion, objection, argument or defense of the aforementioned defendants, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

/s/ Martin J. Crisp

Martin J. Crisp, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
martin.crisp@ropesgray.com

Dated:  New York, New York
            December 2, 2011

28703100_1

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all registered participants.

/s/ Martin J. Crisp

Martin J. Crisp, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
martin.crisp@ropesgray.com

28703100_1