UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/12
```

-------------------------------------------------------------X
          :
IN RE: TRIBUNE COMPANY FRAUDULENT  :
CONVEYANCE LITIGATION         :
          :
          :
          :
          :
-------------------------------------------------------------X

Consolidated Multidistrict Action

Docket No. 11-MD-2296(RJH)

**ORDER**

**ORDER RELATED TO ALL CASES**

       Pursuant to Standing Order M10-468, many of the cases in the above-captioned multidistrict litigation have been automatically designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project").

       However, because this court has stayed nearly all discovery and motion practice in these cases (*see* Order of December 28, 2011 (the "Stay")), inclusion in the Pilot Project would be inappropriate.

       The court hereby designates that these cases shall not be included in the Pilot Project at this time. The court will revisit inclusion upon further order from this court or from the United States Bankruptcy Court for the District of Delaware lifting the Stay.

SO ORDERED.

Dated: New York, New York
      January 3__, 2012

                          _____
                          Richard J. Holwell
                          United States District Judge