UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE: TRIBUNE COMPANY FRAUDULENT    :   Consolidated Multidistrict Action
CONVEYANCE LITIGATION                :
:   Docket No. 11-MD-2296(RJH)
:
:   **ORDER**
:
:
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/12
```

**ORDER RELATED TO ALL CASES**

The court wishes to facilitate the filing of documents under seal in all cases that are, or will be, consolidated in this matter, in which a protective order was previously entered.

Accordingly, the court hereby adopts in each such case any protective order which was in effect at the time of transfer.

The court will provide a supplemental order identifying the adopted protective orders by docket number once all case dockets have been fully transferred to this court.

SO ORDERED.

Dated: New York, New York
       January 3, 2012

Richard J. Holwell
United States District Judge