| | |
|---|---|
| Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Of Senior Notes, et al | INDEX#: 1:11-CV-04784-RJH |
| against  *Plaintiff(s)* | |
| Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co., | |
| *Defendant(s)* | |

## AFFIDAVIT OF SERVICE

State of New York    }
County of New York  } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Brooklyn, New York

That on **12/29/2011** at **1:16 PM** at **777 Third Avenue, Floor 29, New York, NY 10017-6603**

deponent served a(n) **Summons In A Civil Action, Second Amended Complaint, New York Amended Exhibit A**

on **Christian Brothers Investment Services, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Margarita Gomez** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

Description of Person Served:
Gender : Female
Skin : Brown
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : 161-200 Lbs.
Other :

Sworn to before me this
30th day of December, 2011

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

_____
David Oliver
License No. 1274718