UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Of Senior Notes, et al

INDEX#: 1:11-CV-04784-RJH

against

**Plaintiff(s)**

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co.,

**Defendant(s)**

## AFFIDAVIT OF SERVICE

State of New York  }
County of New York  }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **12/20/2011** at **4:06 PM** at **111 Eighth Avenue, New York, NY 10011**

deponent served a(n) **Summons In A Civil Action, Second Amended Complaint, New York Amended Exhibit A**

on **Trinity Derivatives Group LLC c/o CT Corporation System**, a domestic corporation,

by delivering thereat a true copy of each to **Aixa Flores** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

Description of Person Served:
Gender : Female
Skin : Brown
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5ft4in-5ft8in
Weight :131-160 lbs
Other :

Sworn to before me this
23th day of December, 2011

NOTARY PUBLIC
JEREMY BOTWINICK
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. # 01BO6229177
COMM EXP. 10/4/2014

Juan Aguirre
License No.843839

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279