

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEUTSCHE BANK TRUST CO. AMERICAS, et al.,

                     Plaintiffs,

-against-

ADALY OPPORTUNITY FUND TD SECURITIES, INC., et al.,

                     Defendants.
------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER**

11-cv-4784 (RJH)

**PLEASE TAKE NOTICE** that as of the close of business on December 9, 2011, Charles E. Enloe will no longer be employed by the Office of the Attorney General of the State of New York and, accordingly, hereby withdraws as counsel for Defendant NEW YORK STATE TEACHERS' RETIREMENT SYSTEM in the above-captioned action, and requests that his appearance herein be terminated.

**PLEASE TAKE FURTHER NOTICE** that the Office of the Attorney General of the State of New York continues to serve as counsel of record for Defendant NEW YORK STATE TEACHERS' RETIREMENT SYSTEM through Assistant Attorney General Alissa S. Wright, who has already appeared in this action.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/12
```

Dated: New York, New York
December 9, 2011

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendant New York State Teachers'
Retirement System
By:

*[signature]*

Charles E. Enloe
Assistant Attorney General
120 Broadway
New York, New York 10271
Tel.: (212) 416-8910
Fax: (212) 416-6075
Email: charles.enloe@ag.ny.gov

SO ORDERED

*[signature]*
U.S.D.J.
1/3/12