IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., et al.,<br><br>Defendants. | Case No. 11 Civ. 4784 (RJH) |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties of even date herewith, Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes, hereby dismiss this action without prejudice solely against defendant Intesa Sanpaolo which has neither moved nor answered.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/12

1

Respectfully submitted,

*David M. Zensky* /cd

David M. Zensky, Esq.
Stephen M. Baldini, Esq.
Mitchell Hurley, Esq.
Deborah J. Newman, Esq.
James P. Chou, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Facsimile: (212) 872-1002

Dated: December 8, 2011                *Counsel for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

1/3/12

2