UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ARONAUER, RE & YUDELL, LLP

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES* <br><br> Plaintiff(s) <br><br> - against - <br><br> ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., ETAL <br><br> Defendant(s) | Index # 11-CV-04784-RJH <br><br> Purchased October 28, 2011 <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 30, 2011 at 12:23 PM at

C/O BANK OF TOKYO-MITSUBISHI UFJ TRUST COMPANY
1251 AVENUE OF THE AMERICAS, LOBBY
NEW YORK, NY 10020

deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on MITSUBISHI UFJ ASSET MANAGEMENT, LTD therein named.

BY LEAVING A TRUE COPY WITH YVETTE ROMAN, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 35 | 5'5 | 130 |

*ETAL

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 3, 2012

| RALPH MULLEN | JOSEPH KNIGHT | JONATHAN GRABER | **ANDRE MEISEL** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1372356 |
| No. 01MU6238632 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 545732 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires April 11, 2015 | Expires November 26, 2015 | Expires December 4, 2014 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728