UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE: TRIBUNE FRAUDULENT : Consolidated Multidistrict Action
CONVEYANCE LITIGATION :
: No. 11 MD 2296 (RJH)
----------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, in its capacity as successor :
indenture trustee for certain series of Senior :
Notes, *et al.*, :
:
Plaintiffs, : No. 11 Civ. 4784 (RJH)
:
vs. :
:
ADALY OPPORTUNITY FUND TD :
SECURITIES INC. C/O ADALY :
INVESTMENT MANAGEMENT CO., :
*et al.*, :
:
Defendants. :
----------------------------------------------------------x

## DECLARATION OF SERVICE

JEFFREY C. FOURMAUX, an attorney admitted to practice in this Court and a member of the firm of Friedman Kaplan Seiler & Adelman LLP, counsel of record for plaintiffs in the captioned action with respect to their claims against certain defendants, declares the following pursuant to 28 U.S.C. § 1746:

On January 6, 2012, I caused true and correct copies of (1) the Second Amended Complaint (including copies of Exhibit A thereto redacted to show the confidential information only of the particular defendant served) and (2) the Order entered on December 28, 2011 in *In re: Tribune Company Fraudulent Conveyance Litig.*, No. 11-MD-2296 (RJH) (S.D.N.Y.), to be served by first class mail on the following defendants at the following addresses:

BLACKPORT CAPITAL FUND LTD.
c/o Mark A. Angelov, Esq.
Paul Matthew Fakler, Esq.
David Neal Wynn, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019

CITADEL EQUITY FUND LTD.
c/o Bevin M. Brennan, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

CITI GOLDENTREE, LTD.
c/o Trudi Gilligan, Esq.
111 Wall Street, 17th Floor
New York, NY 10005

COMMERZBANK AG
2 World Financial Center
New York, NY 10281

DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD.
c/o Michael B. de Leeuw, Esq.
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

DREYFUS INDEX FUNDS, INC.
c/o Harry Frischer, Esq.
David Steve Mordkoff, Esq.
Stephen Leonard Ratner, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036

DREYFUS S&P 500  STOCK INDEX FUND
c/o Harry Frischer, Esq.
Daniel Goldberger, Esq.
David Steve Mordkoff, Esq.
Stephen Leonard Ratner, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036

DREYFUS STOCK INDEX FUNDS, INC.
c/o Harry Frischer, Esq.
Daniel Poul Goldberger, Esq.
David Steve Mordkoff, Esq.
Stephen Leonard Ratner, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036

Dreyfus/Laurel Funds Inc.
c/o Harry Frischer, Esq.
David Steve Mordkoff, Esq.
Stephen Leonard Ratner, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036

FLEXIBLE US EQUITY MANAGERS
200 West Street
New York, NY 10282

FOLKSAMERICA REINSURANCE COMPANY
c/o Julia Claire Spivack, Esq.
Jack Yoskowitz, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

GOLDENTREE ASSET MANAGEMENT LP
300 Park Avenue, 21st Floor
New York, NY 10022
Attn:  Barry Ritholz, Esq., General Counsel

GOLDENTREE MASTER FUND II, LTD.
c/o GoldenTree Asset Management LP
300 Park Avenue, 21st Floor
New York, NY 10022
Attn:  Barry Ritholz, Esq., General Counsel

GOLDENTREE MASTER FUND LTD.
c/o GoldenTree Asset Management LP
300 Park Avenue, 21st Floor
New York, NY 10022
Attn:  Barry Ritholz, Esq., General Counsel

GOLDENTREE MULTISTRATEGY OFFSHORE FUND
c/o GoldenTree Asset Management LP
300 Park Avenue, 21st Floor
New York, NY 10022
Attn:  Barry Ritholz, Esq., General Counsel

GOVERNING COUNCIL OF THE UNIVERSITY OF TORONTO
c/o Julia Claire Spivack, Esq.
Michael James McNamara, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

HOMELAND INSURANCE COMPANY OF NEW YORK
c/o Julia Claire Spivack, Esq.
Jack Yoskowitz, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

LABRANCHE & CO. LLC
c/o Melanie Anita Grossman, Esq.
Brett D. Jaffe, Esq.
Cohen & Gresser, LLP
800 Third Avenue 21st, Floor
New York, NY 10022

LABRANCHE STRUCTURED PRODUCTS LLC
c/o Melanie Anita Grossman, Esq.
Brett D. Jaffe, Esq.
Cohen & Gresser, LLP
800 Third Avenue 21st, Floor
New York, NY 10022

LEEDS MANAGEMENT SERVICES (CAYMAN) LTD.
Waterfront Center, 2nd Floor
28 North Church Street, P.O. Box 2506 GT
George Town, Grand Cayman, KY1-1104
Cayman Islands

MADISON SQUARE LARGE-CAP ENHANCED
INDEX FUND LP f/k/a NYLIM LARGE-CAP ENHANCED
INDEX FUND LP (a/k/a NYLIM–QS LARGE CAP
ENHANCED FUND LP)
c/o Mark Michael Elliott, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

NOMURA SECURITIES INTERNATIONAL, INC.
c/o Michael B. Roth, Esq.
Mintz & Gold LLP
470 Park Ave. South, 10th Fl. North
New York, NY 10016

PACIFIC SELECT FUND
c/o Scott Cameron Kessenick, Esq.
Dechert LLP
1095 Avenue of The Americas
New York, NY 10036

PACIFIC SELECT
c/o Scott Cameron Kessenick, Esq.
Dechert LLP
1095 Avenue of The Americas
New York, NY 10036

PORTFOLIO 1 OFFSHORE MASTER LLP LSV
200 West Street
New York, NY 10282

STICHTING PENSIOENFONDS ABP
c/o Martin Jonathan Crisp, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

STICHTING PENSIOENFONDS HOOGOVENS
Wijckermolen 202
1941JA Beverwijk
The Netherlands

STICHTING PENSIOENFONDS OCÉ
Sint Urbanusweg 43
5914CA Venlo
The Netherlands

STICHTING PENSIOENFONDS ZORG EN WELZIJN
Utrechtseweg 91
3702AA Zeist
The Netherlands

STRATEGIC FUNDS, INC.
c/o Harry Frischer, Esq.
David Steve Mordkoff, Esq.
Stephen Leonard Ratner, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036

THE BLACKSTONE GROUP LP
c/o Mark A. Angelov, Esq.
Paul Matthew Fakler, Esq.
David Neal Wynn, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019

UNIVERSITY OF TORONTO MASTER TRUST
c/o Julia Claire Spivack, Esq.
Michael James McNamara, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

WHITE MOUNTAINS RE BERMUDA LTD.
c/o Julia Claire Spivack, Esq.
Jack Yoskowitz, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

WHITE MOUNTAINS REINSURANCE COMPANY OF AMERICA
c/o Julia Claire Spivack, Esq.
Jack Yoskowitz, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2012.


      /s/ *Jeffrey C. Fourmaux*
Jeffrey C. Fourmaux
FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
7 Times Square
New York, New York  10036-6516
(212) 833-1100

*Attorneys for Plaintiffs*, with respect to claims asserted against Defendants:

Bell Atlantic Master Trust; Commerz Markets LLC; Dresdner Bank, AG; Commerz Bank AG AG; Citi GoldenTree, Ltd.; GoldenTree Asset Management LP; GoldenTree Master Fund Ltd.; GoldenTree Master Fund II, Ltd.; GoldenTree MultiStrategy Offshore Fund; GoldenTree MultiStrategy Offshore Ltd.; Robeco Institutional Asset Management BV; Robeco Investment Management Inc.; Citigroup Securities Services Inc.; Drawbridge Global Macro Master Fund Ltd.; Dreyfus S&P 500 Stock Index Fund; Strategic Funds, Inc.; Dreyfus Active Midcap Fund; Dreyfus/Laurel Funds Inc.; Dreyfus Basic S&P 500 Stock Index Fund; Dreyfus Index Funds, Inc.; Dreyfus Stock Index Funds, Inc.; Flexible US Equity Managers; Portfolio 1 Offshore Master LP LSV; Flexible US Equity Managers Portfolio 1

7

LLC; Homeland Insurance Company of New York; Loeb Arbitrage Management LP; Michael Loeb; M&T Bank f/k/a Manufacturers & Traders Trust Co.; Madison Square Large-Cap Enhanced Index Fund LP f/k/a NYLIM Large-Cap Enhanced Index Fund LP (a/k/a NYLIM–QS Large Cap Enhanced Fund LP); Pacific Select; Pacific Select Fund; Spear Leeds and Kellogg; FolksAmerica Reinsurance Company; White Mountains Re Bermuda Ltd.; White Mountains Reinsurance Company of America; Citadel Equity Fund Ltd.; Leeds Management Services (Cayman) Ltd.; Citadel LLC f/k/a Citadel Investment Group, L.L.C.; Neuberger Berman Inc.; Nomura Securities International, Inc.; Blackport Capital Fund Ltd.; University of Toronto Master Trust; The Blackstone Group LP; Governing Council of the University of Toronto; LaBranche & Co. LLC;  LaBranche Structured Products LLC; Stichting Pensioenfonds ABP; Stichting Pensioenfonds Hoogovens; Stichting Pensioenfonds Océ; and Stichting Pensioenfonds Zorg en Welzijn