UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | |
| Plaintiffs, | |
| vs. | No. 11 Civ. 4748 (RJH) |
| ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*, | |
| Defendants. | |

---

# CERTIFICATE OF SERVICE

1042420.1



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS  66208-3712

Telephone  (913) 341-3167
Toll Free    (800) 755-5775
Telefax     (913) 341-3168
www.legallanguage.com

January 6, 2012

To whom it may concern:

This is to certify that the attached translation from Dutch into English is an accurate representation of the documents received by this office. These documents are designated as:

> **Proof of International Service of Process in the Netherlands upon the Defendant**
> **STICHTING PENSIOENFONDS OCÉ**

Maria Victoria Portuguez, Manager of this company, certifies that Ben Van Bergen, who translated this document, is fluent in Dutch and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

_____
Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this January 6, 2012.

_____
Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2012

Sincerely,

Victor J. Hertz
President

Civil Action No. 11 Civ. 4784

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*     November 21, 2011

- at (place, street, number)
- *à (locatlité, rue numéro)*     Stichting Pensioenfonds Océ, Sint Urbanusweg 43, 5914CA Venlo, The Netherlands

~~- in one of the following methods authorised by article 5-~~
~~-dans une des formes suivantes prévues à l'article 5:~~

~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~a) selon les formes légales (article 5, alinéa premier, lettre a).~~

~~(b) in accordance with the following particular method*:~~
~~b) selon la forme particulière suivante:~~

~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
~~c) par remise simple~~

The documents referred to in the request have been delivered to:     STICHTING PENSIOENFONDS OCÉ, in accordance with article 10(b) of the Hague Service Convention f 1965
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)*     Mr. H. Boer

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*     Director at Stichting Pensioenfonds Océ

~~2) that the document has not been served, by reason of the following facts*:~~
~~2. que la demande n'a pas été exécutée, en raison des faits suivants:~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Pièces renvoyées:*

Agent's Affidavit of Service with
Exhibit 1 : Copy of Documents Served

Done at     Eindhoven     , the
*Fait à*                       *, le*     December 2, 2011

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
(See above)

Signature and / or stamp.
*Signature et / ou cachet.*

A.G.T. Geene
*[illegible signature]*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

**Civil Action No. 11 Civ. 4784**

### LIST OF DOCUMENTS BEING SERVED

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary"
3. Summons in a Civil Action, in English and Dutch
4. Amended Complaint, in English and Dutch



| | | | |
|---|---|---|---|
| **Van der Hoeden / Mulder**<br>[logo] Court Bailiffs & Attorneys | Mr. J.J.L. Boudewijn<br>Mr. R.H. van Doorne<br>Mr. R.G. Matti<br>H. P. Smits | H. J. Baars<br>D. Bosman<br>R. Erken | F. E. M. Oortwijn-Groot<br>Mr. E.de Vries |

Stichting Pensioenfonds Océ
Sint Urbanusweg 96
5910 CC Venlo

document number. dw.: L11110049

## SERVICE OF DOCUMENTS PURSUANT TO ARTICLE 10, SUBPARAGRAPH (B) OF THE HAGUE SERVICE CONVENTION

On this day, November twenty-one, two thousand eleven;

At the request of:

Karina Shreefer, Esq.
Legal Language Services
8014 State Line Road
Suite 110, Leawood
Kansas 66208
U.S.A.

I, Antonius Gerardus Theodorus Geene, legal court bailiff established in Roosendaal with offices at Argon 31-A,

**SERVED UPON:**

the foundation 'Stichting Pensioenfonds Océ' hereinafter called Defendant, established in and doing business in Venlo at the Sint Urbanusweg 96, where I appeared in my official capacity and left a copy of this and the documents listed herein with:

Mr. H. Boer, Director;

**THE FOLLOWING:**

1. A 'Notice' drafted in the French and English languages (recommended by the Fourteenth Session of Hague Conference of October, 1980) with the Defendant as addressee;
2. A summary form, drafted in the French and English, pursuant to article 5, section 4 of The Hague Service Convention ('Summary of the Documents to be Served'), filled out in the English language;
3. A 'Summons in a Civil Action,' drafted in the English language, as well as a certified translation of same in the Dutch language ('Summons in a Civil Action' in English and Dutch);
4. An 'Amended Complaint', drafted in the English language, as well as a certified translation of same in the Dutch language ('Amended Complaint' in English and Dutch);

| **Van der Hoeden / Mulder**<br>[logo] Court Bailiffs & Attorneys | Mr. J.J.L. Boudewijn<br>Mr. R.H. van Doorne<br>Mr. R.G. Matti<br>H. P. Smits | H. J. Baars<br>D. Bosman<br>R. Erken | F. E. M. Oortwijn-Groot<br>Mr. E.de Vries |
|---|---|---|---|

Furthermore, I, court bailiff, have notified the Defendant of the following

**TO TAKE NOTICE:**

To take good note of the contents of these documents, including the manner in which the parties are required to appear and/or conduct a defense, as well as the consequences in the event the Defendant were not to appear in accordance with the proscribed requirements of this proceeding, as well as;

the costs associated are: € 76.31, to be augmented with € 8.50 for out-of-pocket expenses re GBA-information or, in other words, a total of € 84.81 excluding VAT.

(t.k.-) Court Bailiff

*[illegible signature]*

Civil Action No. 11 Civ. 4784

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- November 21st 2011
- *le (date)*
- Stichting Pensioenfonds Océ, Sint Urbanusweg 43, 5914 CA, Venlo, The Netherlands
- *à (locatlité, rue numéro)*

~~- in one of the following methods authorised by article 5~~
~~*dans une des formes suivantes prévues à l'article 5:*~~

~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~*a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

~~(b) in accordance with the following particular method*:~~
~~*b) selon la forme particulière suivante :*~~

~~(c) by delivery to the addressee, who accepted it voluntarily. *~~
~~*c) par remise simple*~~

The documents referred to in the request have been delivered to:   **STICHTING PENSIOENFONDS OCÉ, in accordance with article 10(b) of the Hague Service Convention of 1965**

*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)    **Mr. H. Boer**
-*(identité et qualité de la personne)*

-relationship to the addressee (family, business, or other):   **Director at Stichting Pensioenfonds Océ**
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Piéces renvoyées:*

Agent's Affidavit of Service with
Exhibit 1 : Copy of Documents Served

Done at   **Eindhoven**   , the   **December 2nd 2011**
*Fait à*                    *, le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*
(See above)

Signature and / or stamp.
*Signature et / ou cachet.*

A.G.T. Geene

*Delete if inappropriate.
Rayer les mentions inutiles.

Civil Action No. 11 Civ. 4784

## LIST OF DOCUMENTS BEING SERVED

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary"
3. Summons in a Civil Action, in English and Dutch
4. Amended Complaint, in English and Dutch



**Van der Hoeden | Mulder**
gerechtsdeurwaarders en juristen

mr. J.J.L. Boudewijn    H.J. Baars    F.E.M. Oortwijn-Groot
mr. R.H. van Doorne    D. Bosman    mr. E. de Vries
mr. R.G. Matti    R. Erken
H.P. Smits

Stichting Pensioenfonds Océ
Sint Urbanusweg 96
5914 CC Venlo

dossiernr. dw.: L11110049

---

**BETEKENING VAN STUKKEN CONFORM HAAGS BETEKENINGSVERDRAG
ARTIKEL 10 SUB B**

---

Heden, eenentwintig november tweeduizend elf;

Op verzoek van:

Karina Shreefer, Esq.
Legal Language Services
8014 State Line Road
Suite 110, Leawood
Kansas 66208
U.S.A.

heb ik, Antonius Gerardus Theodorus Geene, gerechtsdeurwaarder te Roosendaal en aldaar kantoorhoudende aan de Argon 31-A,

**A A N:**

de stichting Stichting Pensioenfonds Océ, hierna ook te noemen gerekwireerde, gevestigd en zaakdoende te Venlo aan het adres Sint Urbanusweg 96, aldaar aan dat adres mijn exploot doende en aldus een afschrift dezes en van na te melden stukken latende aan:

Mr. H. Boer, Director;

**B E T E K E N D:**

1. een in de Franse en Engelse taal gestelde 'notice' (recommended by the Fourteenth Session of Hague Conference of October, 1980) met gerekwireerde als geadresseerde;
2. een in de Franse en Engelse taal opgesteld modelformulier conform artikel 5 lid 4 Haags Betekeningsverdrag ('Summary of the Documents to be Served'), ingevuld in de Engelse taal;
3. een in de Engelse taal gestelde 'Dagvaarding in een Burgerlijke Rechtsvordering', alsmede de beëdigde vertaling daarvan in de Nederlandse taal ('Summons in a Civil Action' in English and Dutch);
4. een in de Engelse taal gestelde 'Geamendeerde Aanklacht', alsmede de beëdigde vertaling daarvan in de Nederlandse taal ('Amended Complaint' in English and Dutch);

**Van der Hoeden | Mulder**
gerechtsdeurwaarders en juristen

mr. J.J.L. Boudewijn    H.J. Baars     F.E.M. Oortwijn-Groot
mr. R.H. van Doorne     D. Bosman      mr. E. de Vries
mr. R.G. Matti          R. Erken
H.P. Smits

Voorts heb ik, deurwaarder, aan gerekwireerde voornoemd

A A N G E Z E G D:

Goede nota te nemen van de inhoud van deze stukken, waaronder begrepen van de wijze waarop partijen in de procedure dienen te verschijnen dan wel verweer gevoerd kan worden, alsmede van de gevolgen indien gerekwireerde niet volgens de terzake geldende voorschriften in de procedure verschijnt, alsmede;

de kosten dezes zijn: € 76.31, te vermeerderen met € 8.50 terzake van verschotten GBA-informatie, ofwel in totaal € 84.81 exclusief btw.

(t.k.-)gerechtsdeurwaarder

Kantooruren:           Wibautstraat 137a-137b  Postbus 95156  1090 HD Amsterdam  T 020 597 5555  F 020 597 5500  E info@hoeden-mulder.nl
09.00-12.00/14.00-16.00  www.hoeden-mulder.nl  ING: 4986986  Rabobank: 10.28.70.500  ABN AMRO: 54.99.10.794  BTW-nr: NL 806021998.B01