UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,

                      Plaintiffs,

                      vs.

ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,

                      Defendants.

No. 11 Civ. 4748 (RJH)

------------------------------------------------------------------------------- x

## **CERTIFICATE OF SERVICE**

1042420.1



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

January 6, 2012

To whom it may concern:

This is to certify that the attached translation from Dutch into English is an accurate representation of the documents received by this office. These documents are designated as:

**Proof of International Service of Process in the Netherlands upon the Defendant
STICHTING PENSIOENFONDS ZORG EN WELZIJN**

Maria Victoria Portuguez, Manager of this company, certifies that Ben Van Bergen, who translated this document, is fluent in Dutch and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

_____
Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this January 6, 2012.

_____
Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2012

Sincerely,

Victor J. Hertz
President

Civil Action No. 11 Civ. 4784

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*    November 16, 2011

- at (place, street, number)
- *à (localité, rue numéro)*    Stichting Pensioenfonds Zorg en Welzijn, Utrechtseweg 91, 3702AA Zeist, The Netherlands

~~- in one of the following methods authorised by article 5-~~
~~*-dans une des formes suivantes prévues à l'article 5:*~~

~~☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~*a) selon les formes légales (article 5, alinéa premier, lettre a);*~~

~~☐ (b) in accordance with the following particular method*:~~
~~*b) selon la forme particulière suivante:*~~ _____

~~☐ (c) by delivery to the addressee, who accepted it voluntarily.*~~
~~*c) par remise simple*~~

he documents referred to in the request have been delivered to:    **STICHTING PENSIOENFONDS ZORG EN WELZIJN, in accordance with article 10(b) of the Hague Service Convention f 1965**

*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)*    Miss. L. de Mooij

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*    **Management Secretary**

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Piéces renvoyées:*

Agent's Affidavit of Service with
    Exhibit 1 : Copy of Documents Served

Done at _____ , the _____
*Fait à*  Amsterdam   *, le*  November 16, 2011

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
(See above)

Signature and / or stamp.
*Signature et / ou cachet.*

R. Erken
*[illegible signature]*

ver der HOEDEN/MULDER
P.O. Box 95156
1090 HD Amsterdam
~~Tel. 020 – 597 55 55~~
Fax 020 – 668 43 91

*Delete if inappropriate.
Rayer les mentions inutiles.*

2

## LIST OF DOCUMENTS BEING SERVED

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary"
3. Summons in a Civil Action, in English and Dutch
4. Amended Complaint, in English and Dutch

| | | | |
|---|---|---|---|
| **Van der Hoeden / Mulder**<br>[logo] Court Bailiffs & Attorneys | Mr. J.J.L. Boudewijn<br>Mr. R.H. van Doorne<br>Mr. R.G. Matti<br>H. P. Smits | H. J. Baars<br>D. Bosman<br>R. Erken | F. E. M. Oortwijn-Groot<br>Mr. E. de Vries |

Stichting Pensioenfonds Zorg en Welzijn
Utrechtseweg 91
3702 AA Zeist

document number. dw.: L11110049

## SERVICE OF DOCUMENTS PURSUANT TO ARTICLE 10, SUBPARAGRAPH (B) OF THE HAGUE SERVICE CONVENTION

On this date, November sixteen, two thousand eleven;

At the request of:

Karina Shreefer, Esq.
Legal Language Services
8014 State Line Road
Suite 110, Leawood
Kansas 66208
U.S.A.

I, Raymond Erken, in my capacity of deputy court bailiff, employed at the offices of Jeroen, Johannes, Leonardus Boudewijn, established as legal court bailiff with his offices in Amsterdam at Wibautstraat 137a- 137b;

**SERVED UPON:**

The foundation 'Stichting Pensioenfonds Zorg en Welzijn', hereinafter called Defendant, established in Utrecht, doing business in Zeist at Utrechtseweg 91, at which address I appeared in my official capacity and left a copy of this and the documents listed herein with:

Miss. L. de Mooij, Management Secretary;

**THE FOLLOWING:**

1. A 'Notice' drafted in the French and English languages (recommended by the Fourteenth Session of Hague Conference of October, 1980) with the Defendant as addressee;
2. A summary form, drafted in the French and English, pursuant to article 5, section 4 of The Hague Service Convention ('Summary of the Documents to be Served'), filled out in the English language;
3. A 'Summons in a Civil Action,' drafted in the English language, as well as a certified translation of same in the Dutch language ('Summons in a Civil Action' in English and Dutch);
4. An 'Amended Complaint', drafted in the English language, as well as a certified translation of same in the Dutch language ('Amended Complaint' in English and Dutch);

Office hours:
9 AM.-12 noon / 2 PM-4 PM
Wibautstraat 137a-137b P.O.Box 95156 1090 HD Amsterdam T 020-597-5555 F 020-597-5500 E info@hoeden-mulder.nl
www.hoeden-mulder.nl ING: 4986986 Rabobank:10.28.70.500 ABN AMRO 54.99.10.794 BTW-nr: NL 806021998.B01

| | | | |
|---|---|---|---|
| **Van der Hoeden / Mulder**<br>[logo] Court Bailiffs & Attorneys | Mr. J.J.L. Boudewijn<br>Mr. R.H. van Doorne<br>Mr. R.G. Matti<br>H. P. Smits | H. J. Baars<br>D. Bosman<br>R. Erken | F. E. M. Oortwijn-Groot<br>Mr. E.de Vries |

Furthermore, I, court bailiff, have notified the Defendant of the following

TO TAKE NOTICE:

To take good note of the contents of these documents, including the manner in which the parties are required to appear and/or conduct a defense, as well as the consequences in the event the Defendant were not to appear in accordance with the proscribed requirements of this proceeding, as well as;

the costs associated are: € 76.31, to be augmented with € 8.50 for out-of-pocket expenses re GBA-information, in other words, a total of € 84.81 excluding VAT.

(t.k.-) Court Bailiff

*[illegible signature]*

## CERTIFICATE
*ATTESTATION*

Civil Action No. 11 Civ. 4784

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- November 16th 2011
- *le (date)*
- Stichting Pensioenfonds Zorg en Welzijn, Utrechtseweg 91, 3702 AA, Zeist, The Netherlands
- *à (locatlité, rue numéro)*

~~- in one of the following methods authorised by article 5-~~
~~*- dans une des formes suivantes prévues à l'article 5:*~~

~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~*a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

~~(b) in accordance with the following particular method*:~~
~~*b) selon la forme particulière suivante:*~~

~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
*c) par remise simple*

The documents referred to in the request have been delivered to:  STICHTING PENSIOENFONDS ZORG EN WELZIJN, in accordance with article 10(b) of the Hague Service Convention of 1965

*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)   Miss. L. de Mooij
*-(identité et qualité de la personne)*

-relationship to the addressee (family, business, or other):   Management Secretary
*-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Pièces renvoyées:*

Agent's Affidavit of Service with
Exhibit 1 : Copy of Documents Served

Done at  Amsterdam  , the  November 16th 2011
*Fait à*                   *, le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
(See above)

Signature and / or stamp.
*Signature et / ou cachet.*

R. Erken

van der HOEDEN/MULDER
Postbus 95156
1090 HD AMSTERDAM
Tel. 020 - 597 55 55
Fax 020 - 668 43 91

*Delete if inappropriate.
Rayer les mentions inutiles.*

2

Civil Action No. 11 Civ. 4784

## LIST OF DOCUMENTS BEING SERVED

1. Hague Service Convention "Notice"
2. Hague Service Convention "Summary"
3. Summons in a Civil Action, in English and Dutch
4. Amended Complaint, in English and Dutch



**Van der Hoeden | Mulder**
gerechtsdeurwaarders en juristen

mr. J.J.L. Boudewijn    H.J. Baars    F.E.M. Oortwijn-Groot
mr. R.H. van Doorne    D. Bosman    mr. E. de Vries
mr. R.G. Matti    R. Erken
H.P. Smits

Stichting Pensioenfonds Zorg en Welzijn
Utrechtseweg 91
3702 AA Zeist

dossiernr. dw.: L11110049

---

**BETEKENING VAN STUKKEN CONFORM HAAGS BETEKENINGSVERDRAG
ARTIKEL 10 SUB B**

---

Heden, zestien november tweeduizend elf;

Op verzoek van:

Karina Shreefer, Esq.
Legal Language Services
8014 State Line Road
Suite 110, Leawood
Kansas 66208
U.S.A.

heb ik, Raymond Erken, als toegevoegd kandidaat-gerechtsdeurwaarder werkzaam ten kantore van Jeroen Johannes Leonardus Boudewijn, als gerechtsdeurwaarder gevestigd te Amsterdam en aldaar kantoorhoudende aan de Wibautstraat 137a-137b;

A A N:

de stichting Stichting Pensioenfonds Zorg en Welzijn, hierna ook te noemen gerekwireerde, gevestigd te Utrecht en zaakdoende te Zeist aan het adres Utrechtseweg 91, aldaar aan dat adres mijn exploot doende en aldus een afschrift dezes en van na te melden stukken latende aan:

Miss. L. de Mooij, Management Secretary;

B E T E K E N D:

1. een in de Franse en Engelse taal gestelde 'notice' (recommended by the Fourteenth Session of Hague Conference of October, 1980) met gerekwireerde als geadresseerde;
2. een in de Franse en Engelse taal opgesteld modelformulier conform artikel 5 lid 4 Haags Betekeningsverdrag ('Summary of the Documents to be Served'), ingevuld in de Engelse taal;
3. een in de Engelse taal gestelde 'Dagvaarding in een Burgerlijke Rechtsvordering', alsmede de beëdigde vertaling daarvan in de Nederlandse taal ('Summons in a Civil Action' in English and Dutch);
4. een in de Engelse taal gestelde 'Geamendeerde Aanklacht', alsmede de beëdigde vertaling daarvan in de Nederlandse taal ('Amended Complaint' in English and Dutch);

Kantooruren:
09.00-12.00/14.00-16.00

Wibautstraat 137a-137b Postbus 95156 1090 HD Amsterdam T 020 597 5555 F 020 597 5500 E info@hoeden-mulder.nl
www.hoeden-mulder.nl ING: 4986986 Rabobank: 10.28.70.500 ABN AMRO: 54.99.10.794 BTW-nr: NL 806021998.B01



| | | |
|---|---|---|
| mr. J.J.L. Boudewijn | H.J. Baars | F.E.M. Oortwijn-Groot |
| mr. R.H. van Doorne | D. Bosman | mr. E. de Vries |
| mr. R.G. Matti | R. Erken | |
| H.P. Smits | | |

Voorts heb ik, deurwaarder, aan gerekwireerde voornoemd

**A A N G E Z E G D:**

Goede nota te nemen van de inhoud van deze stukken, waaronder begrepen van de wijze waarop partijen in de procedure dienen te verschijnen dan wel verweer gevoerd kan worden, alsmede van de gevolgen indien gerekwireerde niet volgens de terzake geldende voorschriften in de procedure verschijnt, alsmede;

de kosten dezes zijn: € 76.31, te vermeerderen met € 8.50 terzake van verschotten GBA-informatie, ofwel in totaal € 84.81 exclusief btw.

(t.k.-)gerechtsdeurwaarder



Kantooruren:
09.00-12.00/14.00-16.00

Wibautstraat 137a-137b  Postbus 95156  1090 HD Amsterdam   T 020 597 5555  F 020 597 5500  E info@hoeden-mulder.nl
www.hoeden-mulder.nl  ING: 4986986  Rabobank: 10.28.70.500  ABN AMRO: 54.99.10.794  BTW-nr: NL 806021998.B01