UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>      Plaintiff,<br><br> -against-<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>      Defendants. | Case No.:  11 Civ. 4784  (UA)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Claire L. Huene of Miller & Wrubel P.C., hereby enter my appearance as counsel of record for defendant Value Line, Inc. in connection with the above-captioned action and request that all future papers in this action be served upon the undersigned at the address listed below.  I certify that I am admitted to practice before this Court.

Dated: January 10, 2012

               MILLER & WRUBEL P.C.

              By:/s/ Claire L. Huene
                Joel M. Miller
                Claire L. Huene
                570 Lexington Avenue
                New York, New York 10022
                (212) 336-3500

                Attorneys for Defendant
                Value Line, Inc.