UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>                      Plaintiff,<br><br>  -against-<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>                      Defendants. | Case No.: 11 Civ. 4784 (UA)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT <u>VALUE LINE, INC.</u>** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Value Line, Inc. ("Value Line"), by and through its undersigned counsel, states that there is no publicly held corporation owning 10% or more of Value Line's stock.

Dated: January 10, 2012

                                          MILLER & WRUBEL P.C.

                                          By: /s/ Claire. L. Huene
                                               Joel M. Miller
                                               Claire L. Huene
                                               570 Lexington Avenue
                                               New York, New York 10022
                                               (212) 336-3500

                                               Attorneys for Defendant Value Line, Inc.