```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/12
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE: TRIBUNE COMPANY FRAUDULENT         :     Consolidated Multidistrict Action
CONVEYANCE LITIGATION                     :
:     Docket No. 11-MD-2296(RJH)
:
:     **ORDER REGARDING**
:     ***PRO HAC VICE* ADMISSION**
:
------------------------------------------------------------X

**ORDER RELATED TO ALL CASES**

All attorneys appearing in these cases must be admitted to practice in this court in accordance with Local Civil Rule 1.3. Attorneys seeking admission *pro hac vice* should follow the Court's instructions at http://www.nysd.uscourts.gov/pro_hac.php with the following exceptions:

1) Service of the motion on all parties is not required.

2) An admission fee is not required.

3) An ECF password may be obtained before *pro hac vice* admission is granted. Where the online application requires an admission date, applicants may use the date on which they first entered their appearance in the case.

For assistance with the ECF filing system, or with applying for admission *pro hac vice*, counsel may contact the Court's ECF Help Desk at 212-805-0800.

SO ORDERED.

Dated: New York, New York
       January **12**, 2012

_____
Richard J. Holwell
United States District Judge