**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS<br><br>Plaintiff,<br><br>-against-<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br><br>.                           Defendants. | Case No.: 11 Civ. 4784 (RJH)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Stichting Pensioenfonds ABP, state that:

Stichting Pensioenfonds ABP has no parent company and no publicly held corporation owns 10% or more of its stock.

Dated: January 13, 2012        /s/ Martin Crisp
                                                ROPES & GRAY LLP
                                                Martin Crisp
                                                1211 Avenue of the Americas
                                                New York, NY  10036
                                                Phone: 212-596-9000
                                                *Counsel to Stichting Pensioenfonds ABP*

29220727_1