UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS<br><br>             Plaintiff,<br><br>     -against-<br><br>ADALY OPPORTUNITY FUND TD SECURITIES INC. C/O ADALY INVESTMENT MANAGEMENT CO., *et al.*,<br>.             Defendants. | Case No.: 11 Civ. 4784 (RJH)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ABP Investments US Inc., which has subsequently been renamed APG Asset Management US Inc. ("APG US"), state that:

APG US' parent corporation is APG Asset Management whose parent is Stichting Pensioenfonds ABP. No publicly held corporation owns 10% or more of its stock.

Dated: January 13, 2012

/s/ Martin Crisp
ROPES & GRAY LLP
Martin Crisp
1211 Avenue of the Americas
New York, NY  10036
Phone: 212-596-9000
*Counsel to ABP Investments US Inc.*

29220696_1