IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION

No. #: 11-MD-2296 (RJH)
Index #: 11 CIV 4784

Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,

against

Plaintiff(s)

Adaly Opportunity Fund TD Securities Inc. c/o Adaly Investment Management Co., et al.,

Defendant(s)

## AFFIDAVIT OF SERVICE

State of New York  }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **1/10/2012** at **8:20 PM** at **91 Central Park West, Lobby, New York, NY 10023**

deponent served a(n) **Summons In A Civil Action, Second Amended Complaint, MDL Stay Order Of Dec. 28, 2011, Judge Holwell's Individual Practices, SDNY ECF Rules & Instructions**

on **Michael Loeb**, a natural person,

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender : Male
Skin : White
Hair : White
Age : Over 65 Yrs.
Height : 5ft4in-5ft8in
Weight : 131-160 lbs
Other : Glasses

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
23th day of January, 2012

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Di Cong Jiang
License No.1220800